FILED

2003 OCT 22 P 2: 28

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| STEPHEN CESLIK | : CIVIL ACTION NO. |
| Plaintiff | 3:03 CV 0450(DJS) |
| | : |
| V. | : |
| BARBERINO BROTHERS, INC. | : |
| | OCTOBER 20, 2003 |
| Defendant | : |

---

## MOTION FOR EXTENSION TIME ON CONSENT

Plaintiff, Stephen Ceslik, pursuant to Local Rule 9(b)(2) respectfully moves for a 30-day extension of time up to and including November 18, 2003, to respond or object to Defendant's First Request for Response to Written Interrogatories, and First Request for Production of Documents, dated September 18, 2003, and received September 20, 2003. This is the first request for an extension of time by the Plaintiff to respond to Defendant's Request for Interrogatories and Production, and counsel for Defendant, Anthony B. Corleto, indicates he has no objection to this extension.

1

WHEREFORE, Plaintiff moves for an extension of time of 30 days to and including November 18, 2003, to respond.

```
                              THE PLAINTIFF
                              STEPHEN CESLIK

                         BY   /s/ Leonard A. McDermott
                              Leonard A. McDermott
                              His Attorney
                              Employee Advocates, LLC
                              35 Porter Ave., 2B, P.O. Box 205
                              Naugatuck, CT  06770
                              Phone:  (203) 723-9610
                              Juris No. ct#21996
```

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Motion to Extend Time on Consent, was mailed this Monday, October 20, 2003, via U.S. Mail, postage prepaid, to:

DEFENDANT
BARBERINO BROTHERS, INC.

Attorney Anthony B. Corleto
Corleto & Associates, P.C.
107 Mill Plain Rd., Suite 200
Danbury, CT  06811

_____
Leonard A. McDermott