UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN CESLIK | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv450 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BARBERINO BROTHERS, INC. | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion For Extension Time On Consent (Doc. #18) is hereby GRANTED. Plaintiff shall respond or object to Defendant's First Request for Response to Written Interrogatories, and First Request for Production of Documents on or before November 18, 2003.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: November 6, 2003