UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN CESLIK,                    :   Civil Action No.
                                   :   3:03 CV 0450 (DJS)
             Plaintiff,            :
     vs.                           :
                                   :
BARBERINO BROTHERS, INCORPORATED   :
                                   :
             Defendants            :   November 6, 2003

**OBJECTION TO MOTION FOR EXTENSION OF TIME**

Defendant, Barberino Brothers, objects to plaintiff's October 20, 2003 motion for extension of time. Plaintiff claims that defendant has no objection to the requested extension. To the contrary, defense counsel contacted plaintiff's counsel on October 20, 2003, and left a message that Defendant had no objection provided that plaintiff also requested a sixty (60) day adjournment of the December 11, 2003 Settlement Conference. Defendant is concerned that receipt of interrogatories/production shortly before the Settlement Conference would not provide adequate time in which to analyze and confer with our client.

On October 24, 2003, after receiving plaintiff's motion, defense counsel contacted plaintiff's counsel to advise that the motion for extension of time on consent did not reflect defendant's position. Plaintiff's counsel apologized, stated that the message was unclear, and advised that he would move to reschedule the