UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 15 P 3: 48
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| STEPHEN CESLIK, | : Civil Action No. |
| | : 3:03 CV 0450(DJS) |
| Plaintiff, | : |
| vs. | : |
| | : |
| BARBERINO BROTHERS, INCORPORATED | : |
| | : |
| Defendants | : December 15, 2003 |

## AFFIRMATION OF GOOD FAITH

I, Anthony B. Corleto, Esq., an attorney duly admitted to practice law in the District of Connecticut, affirms the truth of the following, pursuant to the penalty of perjury:

1. I am counsel for the defendant, Barberino Brothers, Incorporated. I submit this affirmation of good faith in support of the within motion to compel.

2. The court's standing order on deadlines, issued July 24, 2003, established a December 15, 2003 discovery cutoff.

3. Interrogatories and requests for production, which was subject to the within motion, were served on September 18, 2003.

4. Plaintiff was required to answer interrogatories by October 18, 2003. Plaintiff moved for, and was granted a thirty (30) day extension through November 18, 2003 to answer defendant's interrogatories.

5. Defendant did not receive plaintiff's responses to interrogatories until November 24, 2003, after the deadline.

6. Pursuant to the Scheduling Order, plaintiff was to produce his expert report by September 15, 2003.

7. Defendant consented to allowing plaintiff an additional 45 days in which to produce his expert report.

8. Plaintiff moved for and the court granted a 45 day extension through November 1, 2003.

9. To date, defendant has not received plaintiff's expert report which was due on November 1, 2003.

10. On Wednesday, December 3, our firm wrote to the court, secured adjournment of a December 11, 2003 settlement conference, based on counsel's failing to comply with discovery demands/orders.

11. By memorandum dated December 5, 2003, the court suggested that a motion be brought, if compliance could not be agreed to.

12. Because of the foregoing failure by plaintiff to produce discovery responses, plaintiff agreed to cancel the December 11, 2003 settlement conference.

13. On December 11, 2003, this office contacted plaintiff's counsel to discuss numerous objections to interrogatories/production requests made by plaintiff.

14. Plaintiff's counsel was advised on December 11, 2003 that if the issue was not resolved, defendant would file a motion to compel by December 15, 2003.

15. Plaintiff's counsel stated that he needed to review his file before discussing the issue. Accordingly, my associate Anu Pertab arranged to discuss the matter with plaintiff's counsel on Friday, December 12, 2003.

16. On December 12, 2003, plaintiff's counsel could provide no assurance that any of the interrogatories or production requests objected to would be answered.

17. Specifically, plaintiff's counsel stated that he needed more time to consult with his client to discern whether his client would respond.

18. Despite being placed upon notice of the fact that a motion to compel would be made for the relief requested herein, counsel could provide no assurance of compliance of a response.

19. Due to the pending discovery deadlines and absent any assurance by plaintiff's counsel that interrogatories and production requests would be answered, defendant has no option but to submit this motion to compel.

20. Pursuant to the July 24, 2003 Scheduling Order, this case is to be ready for trial by March, 2004.

21. Based upon the foregoing, movant has made a good faith effort to resolve the issues presented to the court in this motion.

> Respectfully submitted,
>
> THE DEFENDANTS
> BARBERINO BROTHERS, INCORPORATED
>
> By: _____
> Anthony B. Corleto, Esq.  (CT 13520)
> CORLETO & ASSOCIATES, P.C.
> 107 Mill Plain Road, Suite 200
> Danbury, CT 06811
> (203)790-7540
> Juris No. 412229