FILED

Jan 15   2 49 PM '04

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---

| | | |
|---|---|---|
| STEPHEN CESLIK | : | CIVIL ACTION NO. |
| | | 3:03 CV 0450 (MRK) |
| Plaintiff, | : | |
| v. | : | |
| BARBERINO BROTHERS, INC. | : | JANUARY 14, 2004 |
| Defendant. | : | |

---

## MOTION TO FURNISH PLAINTIFF'S EXPERT REPORT

Plaintiff in the above-captioned case requests this Court's permission to furnish its Expert Report.

This Court had granted Plaintiff an extension of time to submit an Expert's Report, until November 1, 2003. Plaintiff was in contact with Dr. Klugman and had expected his report to be submitted sooner.

Defendant filed a Motion to Preclude Plaintiff's expert report, dated November 13, 2003, because Plaintiff missed the November 1, 2003 timeline. Plaintiff filed an Objection to Defendant's Motion to Preclude, dated November 25, 2003. Plaintiff asked this Court to allow Plaintiff's expert report as an equitable means to asses Plaintiff's emotional distress damages. Plaintiff's expert is also his treating physician. Plaintiff's expert states that he has no prior experience testifying in Federal Court. This lack of experience with the Federal Court system should be

1

taken into consideration by this Court in determining whether to allow a late report to be furnished in this matter.

Wherefore, Plaintiff respectfully requests this Court to allow it to furnish its expert report to the Defendant. Plaintiff will agree to provide its expert for deposition if Defendant's counsel so desires.

                        THE PLAINTIFF

                        STEPHEN CESLIK

BY *[signature]*
Leonard A. McDermott (ct 21996)
His Attorney
Employee Advocates, LLC
35 Porter Ave., 2B
P.O. Box 205
Naugatuck, CT 06770
(203) 723-9610