UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN CESLIK | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv450 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BARBERINO BROTHERS, INC. | : | |
| | : | |
| Defendant. | : | |

## ENDORSEMENT AND SCHEDULING ORDER

Having conferred with the parties telephonically on January 26, 2004, the Court enters the following orders:

1. Defendant's Motion to Preclude [doc # 21] is DENIED.

2. Plaintiff's Motion to Furnish Plaintiff's Expert Report [doc # 31] is GRANTED and plaintiff will serve defendant with a copy of Dr. Klugman's report no later than **January 28, 2004**.

3. Defendant's Motion to Compel [doc # 24] is DENIED without prejudice to renewal if necessary.  No later than **February 2, 2004**, the parties shall confer in good faith as required by Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37 to resolve all of their disputes regarding defendant's interrogatories and production requests.  If the parties are unable to resolve their differences in good faith, they shall contact Chambers and request a telephonic discovery conference.  Plaintiff will serve defendant with any supplementary interrogatory

        responses and documentary production no later than **February 13, 2004**.

4.     The parties will complete depositions of plaintiff and Dr. Klugman, if requested by defendant, no later than **March 15, 2004**. Defendant will designate its expert and serve its expert's report no later than **April 1, 2004**, and plaintiff will complete the depositions of defendant's expert no later than **April 20, 2004. No further discovery is permitted and no further extensions of time will be permitted.**

5.     Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **May 1, 2004**.

6.     If no dispositive motions are filed, the Parties' Joint Trial Memorandum is due **June 1, 2004.** If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

7.     If no dispositive motions are filed, the case will be considered trial ready on **June 1, 2004**. If dispositive motions are filed, the case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

                              IT IS SO ORDERED,

                    /s/       Mark R. Kravitz
                                  U.S.D.J.

Dated at New Haven: January 26, 2004