FILED

2004 JAN 23 P 2 51

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN CESLIK, | : | Civil Action No. |
| | : | 3:03 CV 0450(DJS) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| BARBERINO BROTHERS, INCORPORATED | : | |
| | : | |
| Defendant | : | January 22, 2004 |

**SUR-REPLY RE: MOTION TO COMPEL**

The defendant, BARBERINO BROTHERS ("Barberino") by its attorneys, Corleto & Associates, P.C. respectfully submits this sur-reply to clarify and correct statements in plaintiff's reply memo.

Plaintiff states that his request for an extension of time was intended to benefit both parties. Plaintiff fails to acknowledge that the reason discovery is stalled is his client's failure to timely comply. Despite being granted extensions, plaintiff has simply failed to respond to discovery requests. Moreover, plaintiff fails to address in any way his complete failure to provide discovery material, which was the basis of this motion. It is simply inconceivable to rave that defendant will somehow "benefit" by indulging for their delay based on plaintiff's failure to comply with discovery.

As counsel was informed in a telephone conversation of January 13, 2004, defense counsel intended no personal attack on counsel but merely intended to address plaintiff's repeated failure to comply.

Lastly, a copy of the "Affirmation of Good Faith" was sent, via facsimile and regular mail, to Attorney McDermott on January 15, 2004. The "Affirmation" was inadvertently not included with plaintiff's counsel's copy of the original December 15, 2003 "Motion to Compel." Counsel notified this office on January 12, 2003. The court's file should reflect the filing of this paper contemporaneously with the motion.

For the reasons stated herein and in Defendant's Motion to Compel, defendant, Barberino Brothers, Inc., respectfully requests that motion be granted.

        Respectfully submitted,

        THE DEFENDANT
        BARBERINO BROTHERS, INCORPORATED

By: _____
        Anthony B. Corleto, Esq. (CT 13520)
        CORLETO & ASSOCIATES, P.C.
        107 Mill Plain Road, Suite 200
        Danbury, CT 06811
        (203)790-7540
        Juris No. 412229

CERTIFICATION

It is hereby certified that a copy of the foregoing **SUR-REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S REPLY** was mailed postage pre-paid, to all counsel of record, pro se parties of record and non appearing parties on January 22, 2004 as follows:

Leonard A. McDermott, Esq.
Employee Advocates, LLC
35 Porter Avenue, 2B
PO Box 205
Naugatuck, CT 06770

_____
Anthony B. Corleto

T:\Lex0114CT\Suit\pld.19.wpd