FILED

Mar 1  3 45 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| STEPHEN CESLIK : | CIVIL ACTION NO. |
| Plaintiff, : | 3:03 CV 0450 (MRK) |
| v. : | |
| BARBERINO BROTHERS, INC. : | FEBRUARY 27, 2004 |
| Defendant. : | |

---

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9, Plaintiff in the above-captioned matter requests an extension of time to make Plaintiff and his expert witness available for deposition.

Plaintiff has a documented medical note stating that due to a change in medication used to treat a diagnosed condition, he will be unable to participate in his deposition. He will also not be able to participate in the deposition of his expert witness. Plaintiff's deposition was scheduled for March 5, 2004, and his expert witness was scheduled for Match 12, 2004.

The depositions were scheduled to be concluded by March 15, 2004. Plaintiff respectfully requests this Court to extend the time to complete Plaintiff's and his expert's depositions until April 30, 2004.

Plaintiff contacted Defendant's attorney, but he was unavailable due to his

1

Court schedule.

                THE PLAINTIFF

                STEPHEN CESLIK

BY  *Leonard A. McDermott* (signature)
Leonard A. McDermott (ct 21996)
His Attorney
Employee Advocates, LLC
35 Porter Ave., 2B
P.O. Box 205
Naugatuck, CT 06770
(203) 723-9610

## CERTIFICATION OF SERVICE

This is to certify that the foregoing Motion for Extension of Time was sent this Friday, February 27, 2004, via first class mail, postage prepaid, to the following addressee:

Anthony B. Corleto, Esq.
Corleto & Associate, P.C.
107 Mill Plain Rd., Suite 200
Danbury, CT  06811-6100

*Leonard A. McDermott*
Leonard A. McDermott

3