UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Mar 4  11 17 AM '04

U.S DISTRICT COURT
NEW HAVEN, CONN.

STEPHEN CESLIK,
        Plaintiff,
vs.

BARBERINO BROTHERS, INCORPORATED
        Defendant

: Civil Action No.
: 3:03 CV 0450(MRK)
:
:
:
:
:
: March 2, 2004

## OPPOSITION TO MOTION FOR EXTENSION OF TIME

The defendant Barberino Brothers, Inc. by its attorneys Corleto & Associates, P.C. hereby opposes plaintiff's February 27, 2004 motion for extension of time.

Plaintiff has moved for an extension of the March 15, 2004 deadline, recently established by the court, for plaintiff to make himself and his expert available for depositions. The motion is premised on an unspecified "change in medication used to treat a diagnosed condition." There is absolutely no representation as to when, if ever, plaintiff and his expert will be available for deposition.

Plaintiff's failure to abide the court's scheduling order in providing his expert's report was the subject of a prior motion to preclude, dated November 13, 2003. After a court conference, that issue was resolved and the report was furnished in late January, 2004.

Plaintiff's failure to timely and completely respond to interrogatories and requests for production was also the subject of a prior letter application to the court, dated December 3, 2003, which was resolved by conference.

On the face of it, it would appear that Mr. Ceslik has medical issues, as his attorney has submitted a doctor's note with the motion. Unfortunately, given the history of this case and some of the information contained in the medical records, the lack of a date certain by which Mr. Ceslik will be made available for deposition presents a risk of yet another dilatory tactic, and that his compliance with discovery obligations will remain elusive unless dealt with firmly and finally.

Accordingly, the defendant respectfully requests that the court deny plaintiff's motion for an extension of time.

Respectfully submitted,

THE DEFENDANT
BARBERINO BROTHERS, INCORPORATED

By: _____
Anthony B. Corleto, Esq.   (CT 13520)
CORLETO & ASSOCIATES, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811
(203) 790-7540

2

## CERTIFICATION

It is hereby certified that a copy of the foregoing **OPPOSITION TO MOTION FOR EXTENSION OF TIME** was mailed postage pre-paid, to all counsel of record, pro se parties of record and non appearing parties on March 2, 2004 as follows:

Leonard A. McDermott, Esq.
Employee Advocates, LLC
35 Porter Avenue, 2B
PO Box 205
Naugatuck, CT 06770

_____
Anthony B. Corleto

T:\Lex0114CT\Suit\pld.22.wpd

3