UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN CESLIK | : | |
| Plaintiff, | : | NO.  3:03cv450 (MRK) |
| v. | : | |
| BARBERINO BROTHERS, INC. | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion For Extension Time(Doc. #35), dated February 27, 2004, is hereby GRANTED for one month. No further extensions will be granted for Plaintiff's deposition without an Affidavit from his doctor stating that Plaintiff cannot go forward with his deposition.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: March 12, 2004.