UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday, March 12, 2004
8:30 a.m.

CASE NO. **3:03cv450 MRK**    **Ceslik v. Barberino Bros, Inc**

Anthony B. Corleto
Corleto & Associates
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

Leonard A. McDermott
Employee Advocates
35 Porter Avenue, 2B
P.O. Box 205
Naugatuck, CT 06770

STATUS CONFERENCE HELD

DATE: 8:30 - 8:45

15 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK