

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| STEPHEN CESLIK | : CIVIL ACTION NO. |
| | 3:03 CV 0450 (MRK) |
| Plaintiff, | : |
| v. | : |
| BARBERINO BROTHERS, INC. | : June 5, 2004 |
| | : |
| Defendant. | |

---

### MOTION TO WITHDRAW APPEARANCE

Counsel for Plaintiff in the above-captioned matter requests leave of this Court to withdraw his appearance and terminate the lawyer-client relationship.

Under the Rules of Professional Conduct, 1.16 (3), (5), and (6), and Local Rule 7(e), counsel has good cause to withdraw from this matter, as follows:

1) Plaintiff insists on pursuing an objective that this attorney finds repugnant and imprudent. Plaintiff has asked that this attorney file a Motion to Disqualify the opposing counsel in a 123 page document sent to this attorney dated June, 3, 2004. (Available to this Court upon request).

2) Plaintiff has sent an inappropriate letter to this attorney dated May 6, 2004, to which this attorney responded by certified mail on May 8, 2004, outlining a disagreement with Plaintiff regarding how to further pursue his case. This attorney

1

suggested that Plaintiff seek other counsel or proceed pro se. (Available to this Court upon request).

3) Plaintiff refuses to return phone calls to discuss this case or this attorney's continued representation.

Plaintiff and this attorney have reached impasse regarding the course of representation making continued representation impossible. Counsel will make all file materials available to Plaintiff. Counsel respectfully requests this Court to give notice to the Plaintiff that he must engage a successor counsel or file a pro se appearance.

*Leonard A. McDermott*

Leonard A. McDermott (ct 21996)
His Attorney
Employee Advocates, LLC
35 Porter Ave., 2B, P.O. Box 205
Naugatuck, CT  06770
Tel. (203) 723-9610

## **CERTIFICATION OF SERVICE**

This is to certify that the foregoing was sent by U.S. Mail, return receipt requested, this 5th day of June, 2004, to the following addressee:

Stephen Ceslik
478 Milford Point Road
Milford, CT  06460

Honorable Judge Mark R. Kravitz
United States District Court
Hartford Office of the Clerk
450 Main Street
Hartford, CT  06103

Leonard A. McDermott