UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN CESLIK

          Plaintiff,

v.

BARBERINO BROTHERS, INC.

          Defendants.

NO. 3:03cv450 (MRK)

FILED
JUN 18  2 53 PM '04
DISTRICT COURT
NEW HAVEN, CONN.

## NOTICE TO PLAINTIFF

By Motion dated June 10, 2004, Attorney Leonard A. McDermott seeks Court permission to withdraw his appearance on your behalf [doc. #39]. Pursuant to D. Conn. L. Civ. R. 7(e) this Motion will remain under advisement until July 5, 2004 to give you the opportunity to retain replacement counsel or to file your *pro se* appearance. To prosecute the case you have brought, an appearance on your behalf as set forth above must be filed with the Clerk no later than **July 5, 2004**.

On July 6, 2004, Attorney McDermott's Motion to Withdraw Appearance [doc. #39] will be granted. If no attorney appearance or *pro se* appearance has been filed on your behalf by July 5, 2004, you may be deemed to have failed to prosecute, and Defendant may move for dismissal of the action under Fed. R. Civ. P. 41(b). If your case is dismissed for failure to prosecute, the dismissal may only be set aside in accordance with Fed. R. Civ. P. 60(b).

IT IS SO ORDERED.

Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: June 15, 2004**