UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED JUN 25 11 02 AM '04

STEPHEN CESLIK

    Plaintiff

CIVIL ACTION NO.

3:03 CV 0450 (MRK)

v.

BARBERINO BROTHERS, INC.

    Defendant

JUNE 24, 2004

## MOTION TO DELIVER FILE

I move that Attorney Leonard McDermott be required to:

    1) deliver the entire case file to me.

    2) deliver the original documents that may later be needed in court as exhibits (including all tape recordings).

    3) provide an inventory of the documents delivered.

    4) file said inventory with the court.

I requested this material by letter to Attorney McDermott on June 14, 2004, but he has not delivered anything to date.

1

Dated at Milford, CT this June 24, 2004.

THE PLAINTIFF

*[signature]*

Stephen Ceslik
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

## CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on June 24, 2004:

Leonard A. McDermott, Esq.
Employee Advocates, LLC
35 Porter Avenue, Suite 2B
P.O. Box 205
Naugatuck, CT 06770

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

*[signature]*

Stephen Ceslik, Pro Se