FILED

JUN 25  10 22 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| STEPHEN CESLIK | : | CIVIL ACTION NO.<br>3:03 CV 0450 (MRK) |
| Plaintiff, | : | |
| v. | : | |
| BARBERINO BROTHERS, INC. | : | June 19, 2004 |
| Defendant. | : | |

---

### REPLY TO PLAINTIFF'S RESPONSE
### TO MOTION TO WITHDRAW

Plaintiff, STEPHEN CESLIK, has made numerous defamatory allegations to this Court in his Response to the Motion to Withdraw, dated June 5, 2004.

**FIRST:** As an attorney, I do not guarantee anyone a jury trial. I never tell a client that they have a great case nor promise a jury trial. Trial is the last option when settlement cannot be reached.

**SECOND:** Mr. Ceslik would not return phone calls to discuss settlement terms. Therefore, although I discussed possible settlement and the desire to schedule a settlement conference with opposing counsel, we were not ready to participate in a settlement conference. This attorney cannot fairly represent a client who will not communicate directly by telephone. It is true, that Mr. Ceslik sent numerous letters. That was his method of communicating. One week alone he sent five letters. I did not feel compelled to answer every letter nor was it necessary.

**THIRD:** This attorney has represented a labor union for the past two and one-half years. This includes the period when Mr. Ceslik retained my services. As part of my employment agreement, I have the ability to attend court, take and defend depositions, and participate in a jury trial, if necessary. I would not agree to represent a client if I did not have the time to do so.

**FOURTH:** Mr. Ceslik also states, that opposing counsel engaged in unethical and criminal conduct. This is not my assessment of their conduct. They have vigorously defended their client. Their client has a much different view of what happened in Mr. Ceslik's case. In my opinion, their conduct is within the range of normal, adversarial, representation. It is clear, from Mr. Ceslik's response, that he and I have reached impass.

ACCORDINGLY, I respectfully request this Court to allow me to withdraw from representing Mr. Ceslik.

BY /s/ Leonard A. McDermott
Leonard A. McDermott (ct 21996)
Employee Advocates, LLC
35 Porter Ave., 2B
P.O. Box 205
Naugatuck, CT 06770
(203) 723-9610

## CERTIFICATION OF SERVICE

This is to certify that the foregoing Reply to Plaintiff's Response to Motion to Withdraw sent this Saturday, June 19, 2004, via first class mail, postage prepaid, to:

Stephen Ceslik
478 Milford Point Rd.
Milford, CT  06460

*Leonard A McDermott*
Leonard A. McDermott