# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

STEPHEN CESLIK

vs.

BARBERINO BROTHES, INC.

**APPEARANCE**

CASE NUMBER: 3:03 CV 0450 (MRK)

**FILED**
2004 JUN 15 A 11:04
U.S. DISTRICT COURT
HARTFORD, CT.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

STEPHEN CESLIK
478 MILFORD POINT ROAD
MILFORD, CT 06460

Date: 6/14/04

Connecticut Federal Bar Number: N/A

Telephone Number: 203 874-2523

Fax Number:

E-mail address:

Signature: Stephen Ceslik Pro Se

Print Clearly or Type Name: Stephen Ceslik Pro Se

Address: 478 Milford Point Road, Milford, CT 06460

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Corleto & Associates (Barberino Brothers, Inc.)
107 Mill Plain Road, Suite 200
Danbury, CT 06811

Leonard McDermott, Esq. (Stephen Ceslik)
P.O. Box 205
Naugatuck, CT 06770

Signature: Stephen Ceslik

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001