UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN CESLIK                        CIVIL ACTION NO.

     Plaintiff                                3:03 CV 0450 (MRK)

v.

BARBERINO BROTHERS, INC.            JULY 12, 2004

     Defendant

## MOTION FOR SANCTIONS

I move that Attorney Leonard McDermott be sanctioned for misrepresentations to the court contained in his June 19, 2004 Reply to Plaintiff's Response to Motion to Withdraw, as described below, in violation of Rules of Professional Conduct 3.3 and 8.3. The court has an obligation under Canon 3 of the Code of Judicial Conduct to report Attorney McDermott's misrepresentation to this court that the 18 lies are merely proper, vigorous defense of a client, when on their face they are illegal and unethical.

1) Attorney McDermott states that he does not guarantee anyone a jury trial. While I understand that in certain situations, like where a summary judgment is entered against a plaintiff, that there can be no "guarantee" of a jury trial, those situations do not apply here. Attorney McDermott told me that I had the right to a jury trial, I told him

-1-

that I wanted a jury trial, and he told me I would have one. See Exh.1 (letters confirming request for jury trial.) Clearly, if I agreed to settle the case, or if I agreed to arbitration, I would not have a jury trial. Again, that is not the situation here. On May 11, 2004, McDermott asked me if I would consider arbitration instead of a jury. I said no, I want a jury trial. Absent my agreement to settle or arbitrate, I am entitled to a jury trial, Attorney McDermott said I would have one, and now as we get close to going to the jury he bails out and says he never guarantees anyone a jury trial.

One of my claims was that Attorney McDermott never intended to take my case to the jury, and did all he could to deter me. In his 6/19/04 Reply, he does not deny this.

2) It is absolutely not true that I failed to return Attorney McDermott's phone calls and that I was somehow not available to explore settlement options.

With regard to phone calls, my home phone records show 29 calls to Attorney McDermott. He instructed me to call him on his cell phone, # 860-214-2145. Sometimes I called his office phone, # 203-723-9610. He rarely answered, and I now believe the reason was his undisclosed full-time job. The attached phone records show all the calls I made to him, most of which are 1-minute calls because I got his answering machine. Exh. 2. He rarely returned these calls.

-2-

With regard to being available to discuss settlement, in addition to the phone calls discussed above, he concedes that I communicated frequently by letter. Astonishingly, he asserts that it was not necessary to respond to my letters.

One of my major frustrations in this case has been Attorney McDermott's refusal to suggest a figure for settlement purposes, based on his expertise. Exh. 3 (letter dated 5/27/04.) This letter was a follow up to our office conference on May 11, 2004 at which we agreed that Attorney McDermott would arrange a settlement conference. Exh. 4 (Steger affidavit dated 6/23/04, page 3, para. 10.) It is outright false that I was somehow not available to advance settlement discussions. The real impasse was his refusal to put a value on the case.

Attorney McDermott states that writing letters was my method of communication. This method evolved mainly because I could not reach him by phone, and many times he ignored the messages I left on his voice mail.

3) Attorney McDermott does not dispute that I was not told about his full-time job. Despite his assertions, it is not plausible that an employer would allow him to divert major time to prepare for and conduct a jury trial, let alone numerous jury trials. There is no way I would have retained him had I known of such a major commitment on his part

-3-

that could interfere with his ability to devote necessary resources to my case. His approximately 12-page internet site does not disclose his full-time job. At our initial meeting, I emphasized that, should settlement fail, I wanted a jury trial. He asked for and accepted my $3,000 retainer knowing he never intended to take my case to a jury. Now, when a jury trial approaches, one of his real reason for wanting to withdraw is that he does not have time to conduct a jury trial. He was hoping he could settle the case quickly and that he would never be called upon to take the case to a jury like he said he would. He pulled out after agreeing on 5/11/04 to set up a settlement conference, which he then failed to do.

4) In the last paragraph of Attorney McDermott's Reply, he converts himself into an expert witness against his own client and thereby commits a serious ethical violation. He gratuitously proclaims his opinion that Attorney Corleto's conduct has been "normal," making himself an expert witness against my motion to disqualify. He does so after telling me at the beginning of the case that he would file a motion to disqualify. And he does so gratuitously after I consented to his withdrawal from the case.

He also rendered this opinion after telling me at our initial conferences that he agreed that much of the conduct described in the 18 Lies was criminal or unethical. (Much of this conduct occurred in CHRO before I retained Attorney McDermott, and he

-4-

was supplied with the CHRO file and other documentation that he took three months to review before filing the case.)

When Attorney McDermott first moved to withdraw, he gave two reasons: my alleged refusal to return phone calls and a $10,000 joke bet that he did not think was funny. See Exh. 4 (Steger Affidavit, page 1, para. 4, where McDermott agreed it was a joke.) Since then, and after I consented to his withdrawal, he keeps presenting new reasons, most of which hurt my credibility and my motions. The first two reasons were fabricated, as have all the later reasons been fabricated.

5) Attorney McDermott continues to sabotage my case by not giving me the file. I cannot see what he did or didn't do, and can't proceed to the next step in the case when I don't have the material from the previous steps.

I move that Attorney McDermott be sanctioned for the above conduct in violation of Rules of Professional Conduct 3.3 and 8.3, for a conflict of interest in rendering a professional and expert opinion against a client, and such further grounds as the court deems appropriate.

Dated at Milford, CT this July 12, 2004.

                                                    THE PLAINTIFF

                                                    Stephen Ceslik, Pro Se
                                                    478 Milford Point Road
                                                    Milford, CT 06460
                                                    (203) 874-2523

## CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on July 12, 2004:

Leonard A. McDermott, Esq.
Employee Advocates, LLC
35 Porter Avenue, Suite 2B
P.O. Box 205
Naugatuck, CT 06770

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

                                                    Stephen Ceslik, Pro Se

478 Milford Point Road
Milford, CT 06460
July 15, 2003

Leonard A. McDermott, Esq.
Employee Advocates, LLC
35 Porter Avenue, Suite 2B
P.O. Box 205
Naugatuck, CT 06770

    RE:   Ceslik vs. Barbarino

Dear Mr. McDermott:

In looking over the file, I see an Answer filed by Barbarino, but I do not see any pleading denying their special defenses. Please let me know if one has been filed, and send me a copy if it has.

Also, as I previously indicated, I want a jury trial. Please let me know the procedure for arranging that. I note in the Rule 26(f) report that the parties have requested referral to alternate dispute resolution. I do not want that unless it involves a jury.

                                       Very truly yours,

                                       Stephen Ceslik
                                       (203) 874-2523

478 Milford Point Road
Milford, CT 06460
September 2, 2003

Leonard A. McDermott, Esq.
Employee Advocates, LLC
35 Porter Avenue, Suite 2B
P.O. Box 205
Naugatuck, CT 06770

    RE:   Ceslik vs. Barbarino

Dear Mr. McDermott:

In response to your recent letter, on the issue of mitigation, after the incident with Barbarino I was under doctor's care for a period of time. In the fall of 2002, I went to work for West River Auto in Milford as a salesperson and earned about $500 per week. In late January 2003, I went to work for Miller Ford/Nissan in Fairfield and earned about $1,300 per week. After Mr. Miller personally terminated me on 5/3/03, and stated the reason was that he did not like gays working in his company, I have been unable to work, and continue to be under doctor's care.

I still want a jury trial. I recently read statistics showing that, in non-jury cases involving age discrimination, the employer wins 66% of the cases. In jury trials, the employee wins 90% of the cases. The reason is that the jury has usually experienced some form of discrimination from their employers, while the other tribunals are more ivory tower and favor the employers.

Finally, I would ask that you ensure that the CHRO file in Waterbury be preserved. At minimum, we will need the original tape recording of the 5/7/02 fact-finding hearing, where Barbarino employees testified under oath in a manner that established my case. I don't know their procedures for purging old files or throwing materials away, but please take whatever action is needed to preserve those files, tapes and exhibits.

                                    Very truly yours,

                                    Stephen Ceslik
                                    (203) 874-2523

**Atlantic Health Services, P.C.**
───── INTEGRATED BEHAVIORAL CARE ────────────────────────────── Jeffry Klugman, M.D.
400 Prospect Street • New Haven, CT 06511
(203) 776-6100 • Fax: (203) 773-8198
Voice Mail:(203) 281-1800 x202

September 10, 2002

Re:   Stephen Ceslik

I evaluated Stephen Ceslik on 6/1/00 when he presented with a chief complaint of anxiety. Symptoms of anxiety had developed along with depression subsequent to his accurately reporting an inappropriate sexual incident at work at Napoli Motors, but then being arrested on the charge that his report was false. I diagnosed him with major depression and prescribed an antidepressant and a tranquilizer. He was fired from his job at Napoli Motors in August 2000, presumably because of his reporting the incident, creating further stress. I did not see him over the winter of 2000-2001, he said later because he felt too depressed and unmotivated to even pursue treatment. He resumed treatment 3/10/01, going back on an antidepressant.

In April 2001 he applied for a sales job at Barbarino Brothers, which he did not get because of alleged age discrimination, although he believes that it is also possible that people at Napoli "blackballed" him at other car dealerships. He has not been able to find similar work since that time and remains unemployed.

I have continued to see him at approximately monthly intervals over this period. He has taken several antidepressants in a variety of doses and combinations. He remains ill, however, with mild to moderate symptoms of clinical depression. His depression, in turn, interferes with his ability to seek and obtain other employment.

It is my belief to a reasonable degree of medical certainty that the ongoing stress of his unemployement, along with the stress of pursuing his discrimination complaint, have significantly interfered with his ability to recover from depression, lengthening and deepening the course of his illness.

*[signature]*

Bill Date:        June 7, 2004        R
Account Number:   203 874-2523
Telephone Number: 203 874-2523

Questions about your SBC bill?  Call 811
Outside Connecticut 1-800-453-7638

# SNET All Distance®

## Account Details

### Current Charges

#### Monthly Charges

Billing Period  June 7 to July 6, 2004

| | |
|---|---:|
| 2 Calling Card - SNET All Distance - unrestricted pin | .00 |
| 1 Custom calling feature call waiting addl feature per line | 3.50 |
| 1 Flat residence line | 14.53 |
| 1 Caller ID with Name | 8.50 |
| 1 Federal Subscriber Line Charge | 5.78 |
| 1 Maintenance of inside wire/jacks-option 1 | 3.95 |
| **Total Monthly Charges** | 36.26 |

### Calling Charges

#### SNET All Distance Calls

| No. | Date | Time | Place | Area-Number | Rate | Min | Sec | Amount |
|---:|---|---|---|---|---|---:|---:|---:|
| 1 | May 6 | 918pm | | | OF | 3 | 00 | .30 |
| 2 | May 6 | 959pm | | | OF | 1 | 00 | .10 |
| 3 | May 9 | 905pm | | | OF | 4 | 00 | .40 |
| 4 | May 10 | 1128am | to Hartford | CT 860 214-2145 | OD | 1 | 00 | .10 |
| 5 | May 11 | 852pm | | | OF | 12 | 00 | 1.20 |
| 6 | May 12 | 1001am | | | OP | 1 | 00 | .10 |
| 7 | May 12 | 1002am | | | OP | 4 | 00 | .40 |
| 8 | May 13 | 950am | | | OP | 2 | 00 | .20 |
| 9 | May 13 | 1032am | | | OP | 2 | 00 | .20 |
| 10 | May 13 | 1145am | | | OP | 4 | 00 | .40 |
| 11 | May 13 | 749pm | | | OF | 20 | 00 | 2.00 |
| 12 | May 16 | 943am | | | OF | 7 | 00 | .70 |
| 13 | May 16 | 949am | | | OF | 1 | 00 | .10 |
| 14 | May 16 | 1120am | | | OF | 2 | 00 | .20 |
| 15 | May 16 | 833pm | | | OF | 7 | 00 | .70 |
| 16 | May 18 | 859pm | | | OF | 6 | 00 | .60 |
| 17 | May 19 | 911pm | | | OF | 3 | 00 | .30 |
| 18 | May 20 | 1002am | | | OP | 7 | 00 | .70 |
| 19 | May 20 | 933pm | | | OF | 2 | 00 | .20 |
| 20 | | | | | OD | 1 | 00 | .10 |
| | | | | | OF | 9 | 00 | .90 |
| | | | | | OD | 2 | 00 | .20 |
| 23 | May 24 | 109pm | to Naugatuck | CT 203 723-9610 | OD | 2 | 00 | .20 |
| | | | | | OD | 3 | 00 | .30 |
| | | | | | OF | 6 | 00 | .60 |
| | | | | | OP | 1 | 00 | .10 |
| | | | | | OF | 21 | 00 | 2.10 |
| | | | | | OF | 2 | 00 | .20 |
| | | | | | OP | 2 | 00 | .20 |
| | | | | | OF | 4 | 00 | .40 |
| | | | | | OF | 2 | 00 | .20 |
| | | | | | OF | 2 | 00 | .20 |
| | | | | | OF | 1 | 00 | .10 |
| | | | | | OF | 2 | 00 | .20 |



1898.010.083084.02.03.0000000 NNSNYNNY
Page 4

**SBC**

Bill Date: May 7, 2004
Account Number: 203 874-2523
Telephone Number: 874-2523

Questions about your SBC bill? Call 811
Outside Connecticut 1-800-453-7638

# SNET All Distance®

## Account Details

### Current Charges

#### Monthly Charges

Billing Period  May 7 to June 6, 2004

| | |
|---|---:|
| 2 Calling Card - SNET All Distance - unrestricted pin | .00 |
| 1 Custom calling feature call waiting addl feature per line | 3.50 |
| 1 Flat residence line | 14.53 |
| 1 Caller ID with Name | 8.50 |
| 1 Federal Subscriber Line Charge | 5.78 |
| 1 Maintenance of inside wire/jacks-option 1 | 3.95 |
| **Total Monthly Charges** | **36.26** |

#### Calling Charges

SNET All Distance Calls

| No. | Date | | Time | Place | Area-Number | Rate | Min | Sec | Amount |
|----:|-----|--:|------|-------|-------------|------|----:|----:|-------:|
| 1 | Apr | 7 | 906am | | | OD | 2 | 00 | .20 |
| 2 | Apr | 7 | 908am | | | OD | 1 | 00 | .10 |
| 3 | Apr | 8 | 1203pm | to Hartford | CT 860 214-2145 | OD | 1 | 00 | .10 |
| 4 | Apr | 8 | 1209pm | to Naugatuck | CT 203 723-9610 | OD | 1 | 00 | .10 |
| 5 | Apr | 8 | 1211pm | | | OP | 3 | 00 | .30 |
| 6 | Apr | 8 | 705pm | to Hartford | CT 860 214-2145 | OE | 2 | 00 | .20 |
| 7 | Apr | 8 | 717pm | to Naugatuck | CT 203 723-9610 | OE | 1 | 00 | .10 |
| 8 | Apr | 8 | 719pm | to Naugatuck | CT 203 723-9610 | OE | 1 | 00 | .10 |
| 9 | Apr | 8 | 902pm | | | OF | 4 | 00 | .40 |
| 10 | Apr | 14 | 938am | | | OP | 19 | 00 | 1.90 |
| 11 | Apr | 14 | 227pm | | | OD | 4 | 00 | .40 |
| 12 | Apr | 14 | 859pm | | | OF | 13 | 00 | 1.30 |
| 13 | Apr | 18 | 756pm | | | OF | 9 | 00 | .90 |
| 14 | Apr | 20 | 802pm | | | OF | 3 | 00 | .30 |
| 15 | Apr | 23 | 318pm | | | OP | 1 | 00 | .10 |
| 16 | Apr | 25 | 800pm | | | OF | 2 | 00 | .20 |
| 17 | Apr | 25 | 854pm | | | OF | 7 | 00 | .70 |
| 18 | Apr | 26 | 906pm | | | OF | 10 | 00 | 1.00 |
| 19 | Apr | 28 | 743pm | | | OF | 3 | 00 | .30 |
| 20 | Apr | 29 | 1035am | | | OD | 2 | 00 | .20 |
| 21 | May | 3 | 705pm | | | OF | 2 | 00 | .20 |
| 22 | | | | | | OF | 16 | 00 | 1.60 |
| 23 | May | 4 | 302pm | to Hartford | CT 860 214-2145 | OD | 31 | 00 | 3.10 |

| | |
|---|---:|
| SNET All Distance Charges | 13.80 |
| **Total SBC Calling Charges** | **13.80** |

8548.009.078624.02.03.0000000 NNNNNNNY
Page 4

Bill Date: March 7, 2004   R
Account Number: 07474-2928
Telephone Number: 874-2523

**SBC**

Questions about your SNET bill? Call 811
Outside Connecticut 1-800-453-SNET

# SNET All Distance®

## All Distance Savings
You saved $17.40 this month with your SNET All Distance Services.
These savings consist of :
$17.40 savings automatically applied to eligible calls with your Flat Rate $0.10 Call Plan

### SNET All Distance Call Plan Summary
### Flat Rate $.10 Plan

| | |
|---|---:|
| Instate Long Distance Calls | 2.30 |
| Out of State Long Distance Calls | 16.20 |
| **Total SNET All Distance Charges** | **$18.50** |

## Account Details

### Current Charges

Monthly Charges

Billing Period March 7 to April 6, 2004

| | |
|---|---:|
| 2 Calling Card - SNET All Distance - unrestricted pin | .00 |
| 1 Custom calling feature call waiting addl feature per line | 3.50 |
| 1 Flat residence line | 14.53 |
| 1 Caller ID with Name | 8.50 |
| 1 Federal Subscriber Line Charge | 5.78 |
| 1 Maintenance of inside wire/jacks-option 1 | 3.95 |
| **Total Monthly Charges** | **36.26** |

Calling Charges

SNET All Distance Calls

| No. | Date |   | Time | Place | Area-Number | Rate | Min | Sec | Amount |
|---:|---|---:|---|---|---|---|---:|---:|---:|
| 1 | Feb | 8 | 524pm |  |  | OE | 2 | 00 | .20 |
| 2 | Feb | 8 | 526pm |  |  | OF | 6 | 00 | .60 |
| 3 | Feb | 8 | 854pm |  |  | OF | 11 | 00 | 1.10 |
| 4 | Feb | 9 | 1102am |  |  | OP | 1 | 00 | .10 |
| 5 | Feb | 9 | 143pm |  |  | OP | 1 | 00 | .10 |
| 6 | Feb | 9 | 320pm | to Hartford | CT 860 214-2145 | OD | 1 | 00 | .10 |
| 7 | Feb | 9 | 329pm |  |  | OP | 7 | 00 | .70 |
| 8 | Feb | 10 | 1128am |  |  | OD | 5 | 00 | .50 |
| 9 | Feb | 10 | 535pm |  |  | OF | 4 | 00 | .40 |
| 10 | Feb | 11 | 1039am |  |  | OP | 3 | 00 | .30 |
| 11 | Feb | 11 | 1102am | to Hartford | CT 860 214-2145 | OD | 2 | 00 | .20 |
| 12 | Feb | 11 | 1105am | to Hartford | CT 860 214-2145 | OD | 1 | 00 | .10 |
| 13 | Feb | 11 | 1110am | to Hartford | CT 860 214-2145 | OD | 2 | 00 | .20 |
| 14 | Feb | 11 | 351pm |  |  | OP | 1 | 00 | .10 |
| 15 | Feb | 11 | 904pm |  |  | OF | 15 | 00 | 1.50 |
| 16 | Feb | 12 | 903pm |  |  | OF | 16 | 00 | 1.60 |
| 17 | Feb | 12 | 949pm |  |  | OF | 5 | 00 | .50 |
| 18 | Feb | 14 | 948am |  |  | OF | 7 | 00 | .70 |
| 19 | Feb | 15 | 214pm |  |  | OE | 1 | 00 | .10 |
| 20 | Feb | 15 | 359pm |  |  | OE | 2 | 00 | .20 |
| 21 | Feb | 16 | 1048am |  |  | OP | 2 | 00 | .20 |
| 22 | Feb | 16 | 1137am |  |  | OP | 1 | 00 | .10 |
| 23 | Feb | 17 | 837pm |  |  | OF | 6 | 00 | .60 |



3911.008.076180.02.03.0000000 NNYSNNNY

**SBC**

Bill Date: February 7, 2004    R
Account Number: 203 874-2523 721
Telephone Number: 874-2523

Questions about your SNET bill? Call 811
Outside Connecticut 1-800-453-SNET

# SNET All Distance®

## All Distance Savings
You saved $14.75 this month with your SNET All Distance Services.
These savings consist of :
$14.75 savings automatically applied to eligible calls with your Flat Rate $0.10 Call Plan

### SNET All Distance Call Plan Summary
### Flat Rate $.10 Plan

| | |
|---|---:|
| Instate Long Distance Calls | 1.30 |
| Out of State Long Distance Calls | 13.80 |
| Total SNET All Distance Charges | $15.10 |

## Account Details

### Current Charges

#### Monthly Charges

Billing Period February 7 to March 6, 2004

| | | |
|---|---:|---:|
| 2 Calling Card - SNET All Distance - unrestricted pin | .00 | |
| 1 Custom calling feature call waiting addl feature per line | 3.50 | |
| 1 Flat residence line | 14.53 | |
| 1 Caller ID with Name | 8.50 | |
| 1 Federal Subscriber Line Charge | 5.78 | |
| 1 Maintenance of inside wire/jacks-option 1 | 3.95 | |
| **Total Monthly Charges** | | 36.26 |

#### Calling Charges

SNET All Distance Calls



| No. | Date | Time | Place | Area-Number | Rate | Min | Sec | Amount |
|---|---|---|---|---|---|---:|---:|---:|
| 1 | Jan 7 | 931pm | | | OF | 1 | 00 | .10 |
| 2 | Jan 11 | 907pm | | | OF | 1 | 00 | .10 |
| 3 | Jan 12 | 904pm | | | OF | 10 | 00 | 1.00 |
| 4 | Jan 14 | 224pm | to Hartford | CT 860 214-2145 | OD | 1 | 00 | .10 |
| 5 | Jan 14 | 324pm | to Hartford | CT 860 214-2145 | OD | 2 | 00 | .20 |
| 6 | Jan 14 | 358pm | | | OP | 10 | 00 | 1.00 |
| 7 | Jan 14 | 408pm | | | OP | 1 | 00 | .10 |
| 8 | Jan 15 | 1258pm | | | OP | 1 | 00 | .10 |
| 9 | Jan 15 | 1259pm | | | OP | 5 | 00 | .50 |
| 10 | Jan 15 | 810pm | | | OF | 1 | 00 | .10 |
| 11 | Jan 16 | 918pm | | | OF | 1 | 00 | .10 |
| 12 | Jan 20 | 900pm | | | OF | 13 | 00 | 1.30 |
| 13 | Jan 21 | 240pm | to Hartford | CT 860 214-2145 | OD | 1 | 00 | .10 |
| 14 | Jan 21 | 902pm | | | OF | 1 | 00 | .10 |
| 15 | Jan 23 | 1030am | | | OP | 1 | 00 | .10 |
| 16 | Jan 24 | 105pm | | | OF | 2 | 00 | .20 |
| 17 | Jan 25 | 155pm | | | OE | 3 | 00 | .30 |
| 18 | Jan 25 | 751pm | | | OF | 20 | 00 | 2.00 |
| 19 | Jan 27 | 936pm | | | OF | 6 | 00 | .60 |
| 20 | Jan 29 | 808pm | | | OF | 7 | 00 | .70 |
| 21 | Jan 31 | 240pm | | | OE | 2 | 00 | .20 |
| 22 | Feb 1 | 320pm | | | OE | 1 | 00 | .10 |
| 23 | Feb 1 | 417pm | | | OE | 3 | 00 | .30 |

**SBC** SNET

Questions about your SNET bill? Call 811
Outside Connecticut 1-800-453-SNET

# SNET All Distance®

SNET All Distance Calls Continued

| No. | Date   | Time   | Place       | Area-Number    | Rate | Min | Sec | Amount |
|-----|--------|--------|-------------|----------------|------|-----|-----|--------|
| 1   | Dec 22 | 906pm  |             |                | OF   | 1   | 00  | .10    |
| 2   | Dec 22 | 911pm  |             |                | OF   | 1   | 00  | .10    |
| 3   | Dec 22 | 915pm  |             |                | OF   | 1   | 00  | .10    |
| 4   | Dec 22 | 925pm  |             |                | OF   | 1   | 00  | .10    |
| 5   | Dec 22 | 937pm  |             |                | OF   | 1   | 00  | .10    |
| 6   | Dec 22 | 949pm  |             |                | OF   | 1   | 00  | .10    |
| 7   | Dec 23 | 908pm  |             |                | OF   | 8   | 00  | .80    |
| 8   | Dec 29 | 1102am | to Hartford | CT 860 214-2145 | OD   | 1   | 00  | .10    |
| 9   | Dec 29 | 423pm  | to Hartford | CT 860 214-2145 | OD   | 1   | 00  | .10    |
| 10  | Dec 29 | 751pm  |             |                | OF   | 1   | 00  | .10    |
| 11  | Jan 1  | 1216pm |             |                | OF   | 1   | 00  | .10    |
| 12  | Jan 3  | 1031am |             |                | OF   | 1   | 00  | .10    |
| 13  | Jan 3  | 1123am |             |                | OF   | 3   | 00  | .30    |
| 14  | Jan 5  | 325pm  |             |                | OP   | 4   | 00  | .40    |

SNET All Distance Charges                                              11.10

**Total SNET Calling Charges**                                             11.10

Taxes
  Connecticut Sales Tax(6%)                                          3.00
  Federal Tax(3%)                                                    1.39
  **Total Taxes**                                                             4.39

Other Fees
  **SNET**
  Connecticut E 9-1-1 Surcharge - 1 Line                              .20
  Connecticut Service Fund                                            .05
  Number Portability Service Charge                                   .39
  Universal Service Fund - Local(1 @ $.53)                            .53
  **SNET America, Inc.**
  Universal Service Fund - Interstate (8.7%)                          .71
  **Total Other Fees**                                                        1.88

**Total SNET Current Charges**                                             54.58

Services beyond Connecticut provided by SNET America, Inc. or SBC Long Distance

**Rate Codes for Long Distance**
May be one code or a combination of more than one code:

D Day            E Evening/Weekend         O Optional Call Plan
P Peak           F Off-peak