

Bill Date: January 7, 2003
Account Number: 874-2523 721
Telephone Number: 874-2523

Questions about your SNET bill? Call 811
Outside Connecticut 1-800-453-SNET

# SNET All Distance®

**All Distance Savings**
You saved $9.78 this month with your SNET All Distance Services.
These savings consist of :
$9.78 savings automatically applied to eligible calls with your Flat Rate $0.10 Call Plan

### SNET All Distance Call Plan Summary
### Flat Rate $.10 Plan

| | |
|---|---:|
| Instate Long Distance Calls | 1.90 |
| Out of State Long Distance Calls | 8.80 |
| Total SNET All Distance Charges | $10.70 |

## Account Details

### Current Charges

#### Monthly Charges

Billing Period January 7 to February 6, 2003

| | | |
|---|---:|---:|
| 2 Calling Card - SNET All Distance - unrestricted pin | .00 | |
| 1 Custom calling feature call waiting addl feature per line | 3.50 | |
| 1 Flat residence line | 14.53 | |
| 1 Caller ID with Name | 8.50 | |
| 1 Federal Subscriber Line Charge | 5.78 | |
| 1 Maintenance of inside wire/jacks-option 1 | 3.95 | |
| **Total Monthly Charges** | | 36.26 |

#### Calling Charges

SNET All Distance Calls



| No. | Date | Time | Place | Area-Number | Rate | Min | Sec | Amount |
|---:|---|---|---|---|---|---:|---:|---:|
| 1 | Dec 8 | 1018pm | | | OF | 20 | 00 | 2.00 |
| 2 | Dec 12 | 913pm | | | OF | 1 | 00 | .10 |
| 3 | Dec 14 | 1108am | | | OF | 1 | 00 | .10 |
| 4 | Dec 14 | 1109am | | | OF | 1 | 00 | .10 |
| 5 | Dec 15 | 142pm | | | OE | 1 | 00 | .10 |
| 6 | Dec 16 | 504pm | | | OE | 1 | 00 | .10 |
| 7 | Dec 16 | 632pm | | | OE | 1 | 00 | .10 |
| 8 | Dec 17 | 652pm | | | OE | 1 | 00 | .10 |
| 9 | Dec 17 | 757pm | | | OF | 1 | 00 | .10 |
| 10 | Dec 18 | 1237pm | | | OD | 1 | 00 | .10 |
| 11 | Dec 18 | 215pm | | | OD | 1 | 00 | .10 |
| 12 | Dec 18 | 233pm | | | OP | 8 | 00 | .80 |
| 13 | Dec 18 | 248pm | | | OP | 2 | 00 | .20 |
| 14 | Dec 18 | 254pm | | | OP | 1 | 00 | .10 |
| 15 | Dec 19 | 1028am | | | OD | 2 | 00 | .20 |
| 16 | Dec 19 | 1105am | | | OD | 1 | 00 | .10 |
| 17 | Dec 19 | 921pm | | | OF | 11 | 00 | 1.10 |
| 18 | Dec 22 | 1040am | | | OF | 2 | 00 | .20 |
| 19 | Dec 23 | 1227pm | | | OP | 1 | 00 | .10 |
| 20 | Dec 26 | 855pm | | | OF | 15 | 00 | 1.50 |
| 21 | Jan 1 | 1031am | | | OF | 3 | 00 | .30 |
| 22 | Jan 2 | 343pm | to Hartford | CT 860 214-2145 | OD | 1 | 00 | .10 |
| 23 | Jan 2 | 344pm | to Naugatuck | CT 203 723-9610 | OD | 1 | 00 | .10 |
| 24 | Jan 5 | 1055am | | | OF | 20 | 00 | 2.00 |

**SBC** SNET

| Bill Date: | February 7, 2003 | R |
|---|---|---|
| Account Number: | 203 874-2523 721 | |
| Telephone Number: | ( ) 874-2523 | |

Questions about your SNET bill? Call 811
Outside Connecticut 1-800-453-SNET

# SNET All Distance®

## Account Details

### Current Charges

#### Monthly Charges

Billing Period February 7 to March 6, 2003

| | |
|---|---:|
| 2 Calling Card - SNET All Distance - unrestricted pin | .00 |
| 1 Custom calling feature call waiting addl feature per line | 3.50 |
| 1 Flat residence line | 14.53 |
| 1 Caller ID with Name | 8.50 |
| 1 Federal Subscriber Line Charge | 5.78 |
| 1 Maintenance of inside wire/jacks-option 1 | 3.95 |
| **Total Monthly Charges** | 36.26 |

#### Calling Charges

**SNET All Distance Calls**

| No. | Date | Time | Place | Area-Number | Rate | Min | Sec | Amount |
|---:|---|---|---|---|---|---:|---:|---:|
| 1 | Jan 7 | 1114am | | | OD | 1 | 00 | .10 |
| 2 | Jan 8 | 259pm | | | OD | 1 | 00 | .10 |
| 3 | Jan 9 | 1014am | to Naugatuck | CT 203 723-9610 | OD | 1 | 00 | .10 |
| 4 | Jan 9 | 1016am | to Hartford | CT 860 214-2145 | OD | 1 | 00 | .10 |
| 5 | Jan 9 | 1022am | | | OP | 4 | 00 | .40 |
| 6 | Jan 9 | 1247pm | to Hartford | CT 860 214-2145 | OD | 3 | 00 | .30 |
| 7 | Jan 10 | 516pm | | | OF | 2 | 00 | .20 |
| 8 | Jan 11 | 1239pm | | | OF | 10 | 00 | 1.00 |
| 9 | Jan 13 | 820pm | | | OF | 12 | 00 | 1.20 |
| 10 | Jan 15 | 810pm | | | OF | 1 | 00 | .10 |
| 11 | Jan 16 | 1103am | | | OP | 1 | 00 | .10 |
| 12 | Jan 16 | 812pm | | | OF | 11 | 00 | 1.10 |
| 13 | Jan 19 | 1011am | | | OF | 1 | 00 | .10 |
| 14 | Jan 20 | 837pm | | | OF | 31 | 00 | 3.10 |
| 15 | Jan 21 | 1136am | | | OP | 13 | 00 | 1.30 |
| 16 | Jan 22 | 809pm | | | OF | 1 | 00 | .10 |
| 17 | Jan 25 | 1007am | | | OE | 1 | 00 | .10 |
| 18 | Jan 25 | 1022am | | | OF | 10 | 00 | 1.00 |
| 19 | Jan 26 | 928am | | | OE | 1 | 00 | .10 |
| 20 | Jan 26 | 1002am | | | OE | 3 | 00 | .30 |
| 21 | Jan 26 | 1007am | | | OE | 1 | 00 | .10 |
| 22 | Jan 26 | 1226pm | | | OE | 1 | 00 | .10 |
| 23 | Jan 26 | 1231pm | | | OE | 1 | 00 | .10 |
| 24 | Jan 26 | 104pm | | | OF | 1 | 00 | .10 |
| 25 | Jan 27 | 1256pm | | | OP | 1 | 00 | .10 |
| 26 | Jan 28 | 331pm | | | OP | 1 | 00 | .10 |
| 27 | Jan 28 | 938pm | | | OF | 17 | 00 | 1.70 |
| 28 | Feb 2 | 244pm | | | OE | 1 | 00 | .10 |
| 29 | Feb 2 | 800pm | | | OE | 2 | 00 | .20 |
| 30 | Feb 2 | 807pm | | | OE | 1 | 00 | .10 |
| 31 | Feb 2 | 808pm | | | OE | 3 | 00 | .30 |
| 32 | Feb 2 | 825pm | | | OF | 22 | 00 | 2.20 |
| 33 | Feb 2 | 847pm | | | OE | 12 | 00 | 1.20 |
| 34 | Feb 3 | 709am | | 860 | ON | 2 | 00 | .20 |



**SBC**
SNET

Bill Date: May 7, 2003
Account Number: 203 874-2523 721
Telephone Number: 874-2523

Questions about your SNET bill? Call 811
Outside Connecticut 1-800-453-SNET

# SNET All Distance®

**All Distance Savings**
You saved $3.01 this month with your SNET All Distance Services.
These savings consist of :
$3.01 savings automatically applied to eligible calls with your Flat Rate $0.10 Call Plan

### SNET All Distance Call Plan Summary
### Flat Rate $.10 Plan

| | |
|---|---|
| Instate Long Distance Calls | .90 |
| Out of State Long Distance Calls | 2.70 |
| **Total SNET All Distance Charges** | **$3.60** |

## Account Details

### Current Charges

Monthly Charges

Billing Period  May 7 to June 6, 2003

| | |
|---|---|
| 2 Calling Card - SNET All Distance - unrestricted pin | .00 |
| 1 Custom calling feature call waiting addl feature per line | 3.50 |
| 1 Flat residence line | 14.53 |
| 1 Caller ID with Name | 8.50 |
| 1 Federal Subscriber Line Charge | 5.78 |
| 1 Maintenance of inside wire/jacks-option 1 | 3.95 |
| **Total Monthly Charges** | **36.26** |

SNET instate Directory Assistance Summary
Calls at $.75 Per Call =     2                                                      1.50
**Total SNET Instate Directory Assistance Charges**                                 1.50

Calling Charges

SNET All Distance Calls

| No. | Date | Time | Place | Area-Number | Rate | Min | Sec | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Apr 14 | 859pm | | | OF | 10 | 00 | 1.00 |
| 2 | Apr 19 | 911pm | | | OF | 2 | 00 | .20 |
| 3 | Apr 23 | 1032am | | | OD | 1 | 00 | .10 |
| 4 | Apr 27 | 843pm | | | OF | 1 | 00 | .10 |
| 5 | Apr 28 | 926pm | | | OF | 11 | 00 | 1.10 |
| 6 | Apr 29 | 814pm | | | OE | 1 | 00 | .10 |
| 7 | Apr 29 | 826pm | | | OE | 1 | 00 | .10 |
| 8 | May 2 | 1205pm | | | OD | 1 | 00 | .10 |
| 9 | May 2 | 1216pm | | | OD | 1 | 00 | .10 |
| 10 | May 4 | 927am | | | OF | 1 | 00 | .10 |
| 11 | May 4 | 757pm | | | OF | 1 | 00 | .10 |
| 12 | May 4 | 956pm | | | OF | 1 | 00 | .10 |
| 13 | May 5 | 1152am | to Hartford | CT 860 214-2145 | OD | 4 | 00 | .40 |

SNET All Distance Charges                                                           3.60

**Total SNET Calling Charges**                                                      3.60


SNET

Account Number: 203 874-2523 721
Telephone Number: 203 874-2523

Questions about your SNET bill? Call 811
Outside Connecticut 1-800-453-SNET

# SNET All Distance®

## All Distance Savings

You saved $12.72 this month with your SNET All Distance Services.
These savings consist of:
$12.72 savings automatically applied to eligible calls with your Flat Rate $0.10 Call Plan

### SNET All Distance Call Plan Summary
### Flat Rate $.10 Plan

| | |
|---|---:|
| Instate Long Distance Calls | 2.40 |
| Out of State Long Distance Calls | 9.90 |
| Total SNET All Distance Charges | $12.30 |

## Account Details

### Current Charges

#### Monthly Charges

Billing Period November 7 to December 6, 2003

| | | |
|---|---:|---:|
| 2 Calling Card - SNET All Distance - unrestricted pin | .00 | |
| 1 Custom calling feature call waiting addl feature per line | 3.50 | |
| 1 Flat residence line | 14.53 | |
| 1 Caller ID with Name | 8.50 | |
| 1 Federal Subscriber Line Charge | 5.78 | |
| 1 Maintenance of inside wire/jacks-option 1 | 3.95 | |
| **Total Monthly Charges** | | 36.26 |

SNET Instate Directory Assistance Summary
Calls at $.95 Per Call =     1
                                                                    .95
**Total SNET Instate Directory Assistance Charges**                      .95

### Calling Charges

SNET All Distance Calls

| No. | Date | Time | Place | Area-Number | Rate | Min | Sec | Amount |
|---:|---|---|---|---|---|---:|---:|---:|
| 1 | Oct 9 | 1039am | to Hartford | CT 860 214-2145 | OD | 7 | 00 | .70 |
| 2 | Oct 10 | 1116am | | | OP | 15 | 00 | 1.50 |
| 3 | Oct 11 | 921am | | | OE | 1 | 00 | .10 |
| 4 | Oct 11 | 923am | | | OE | 1 | 00 | .10 |
| 5 | Oct 11 | 959am | | | OE | 4 | 00 | .40 |
| 6 | Oct 13 | 830pm | | | OF | 23 | 00 | 2.30 |
| 7 | Oct 14 | 137pm | | | OP | 8 | 00 | .80 |
| 8 | Oct 20 | 938pm | | | OF | 1 | 00 | .10 |
| 9 | Oct 23 | 1044am | | | OP | 2 | 00 | .20 |
| 10 | Oct 23 | 1050am | | | OP | 2 | 00 | .20 |
| 11 | Oct 23 | 1118am | | | OD | 2 | 00 | .20 |
| 12 | Oct 26 | 858pm | | | OF | 10 | 00 | 1.00 |
| 13 | Oct 27 | 1057am | | | OP | 1 | 00 | .10 |
| 14 | Oct 27 | 521pm | | | OF | 6 | 00 | .60 |
| 15 | Oct 29 | 1023am | | | OD | 1 | 00 | .10 |
| 16 | Oct 29 | 1024am | | | OD | 1 | 00 | .10 |
| 17 | Oct 31 | 613pm | | | OE | 1 | 00 | .10 |
| 18 | Nov 1 | 1129am | | | OF | 17 | 00 | 1.70 |
| 19 | Nov 2 | 132pm | | | OE | 1 | 00 | .10 |
| 20 | Nov 3 | 933am | | | OD | 1 | 00 | .10 |





Bill Date: December 7, 2003
Account Number: 203-674-2523
Telephone Number: 203-674-2523

Questions about your SNET bill? Call 811
Outside Connecticut 1-800-453-SNET

# SNET All Distance®

**All Distance Savings**
You saved $10.19 this month with your SNET All Distance Services.
These savings consist of :
$10.19 savings automatically applied to eligible calls with your Flat Rate $0.10 Call Plan

### SNET All Distance Call Plan Summary
### Flat Rate $.10 Plan

| | |
|---|---|
| Instate Long Distance Calls | 2.40 |
| Out of State Long Distance Calls | 5.00 |
| **Total SNET All Distance Charges** | **$7.40** |

## Account Details

### Current Charges

#### Monthly Charges

Billing Period December 7 to January 6, 2004

| | | |
|---|---|---|
| 2 Calling Card - SNET All Distance - unrestricted pin | .00 | |
| 1 Custom calling feature call waiting addl feature per line | 3.50 | |
| 1 Flat residence line | 14.53 | |
| 1 Caller ID with Name | 8.50 | |
| 1 Federal Subscriber Line Charge | 5.78 | |
| 1 Maintenance of inside wire/jacks-option 1 | 3.95 | |
| **Total Monthly Charges** | | 36.26 |

SNET Instate Directory Assistance Summary
| | | |
|---|---|---|
| Calls at $.95 Per Call =    1 | .95 | |
| **Total SNET Instate Directory Assistance Charges** | | .95 |

#### Calling Charges

SNET All Distance Calls

| No. | Date | Time | Place | Area-Number | Rate | Min | Sec | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Nov 8 | 732pm | | | OF | 1 | 00 | .10 |
| 2 | Nov 8 | 905pm | | | OF | 2 | 00 | .20 |
| 3 | Nov 10 | 318pm | | | OP | 16 | 00 | 1.60 |
| 4 | Nov 10 | 936pm | | | OF | 6 | 00 | .60 |
| 5 | Nov 13 | 331pm | | | OP | 1 | 00 | .10 |
| 6 | Nov 14 | 1026am | | | OP | 1 | 00 | .10 |
| 7 | Nov 14 | 1039am | to Hartford | CT 860 214-2145 | OD | 1 | 00 | .10 |
| 8 | Nov 14 | 1041am | to Naugatuck | CT 203 723-9610 | OD | 1 | 00 | .10 |
| 9 | Nov 17 | 1055am | | | OP | 3 | 00 | .30 |
| 10 | Nov 18 | 1012am | | | OD | 4 | 00 | .40 |
| 11 | Nov 20 | 1002am | | | OP | 1 | 00 | .10 |
| 12 | Nov 20 | 1017am | | | OP | 1 | 00 | .10 |
| 13 | Nov 20 | 150pm | | | OP | 1 | 00 | .10 |
| 14 | Nov 20 | 151pm | to Hartford | CT 860 214-2145 | OD | 1 | 00 | .10 |
| 15 | Nov 20 | 238pm | | | | | | 1.00 |
| 16 | Nov 23 | 308pm | | | OF | 1 | 00 | .10 |
| 17 | Nov 23 | 855pm | | | OF | 1 | 00 | .10 |
| 18 | Nov 24 | 401pm | to Hartford | CT 860 214-2145 | OD | 2 | 00 | .20 |
| 19 | Nov 24 | 416pm | to Hartford | CT 860 214-2145 | OD | 3 | 00 | .30 |
| 20 | Nov 25 | 956am | to Hartford | CT 860 214-2145 | OD | 3 | 00 | .30 |



6547.011.079926.02.03.0000000 NYYNNNNY



478 Milford Point Road
Milford, CT 06460
May 27, 2004

Leonard A. McDermott, Esq.
Employee Advocates, LLC
35 Porter Avenue, Suite 2B
P.O. Box 205
Naugatuck, CT 06770

    RE:   Ceslik vs. Barbarino

Dear Mr. McDermott:

Please let me know dates that you are available to meet to discuss a settlement figure you believe is appropriate to settle the case, and why, and anything else that you feel needs to be discussed, preferably during the second week in June. I'm still fighting my high blood pressure and other medical conditions and need another week or so for my blood pressure to subside.

Please send me a copy of the page you said you had from Barberino swearing to their Interrogatory answers.

                                              Very truly yours,

                                              Stephen Ceslik
                                              (203) 874-2523

478 Milford Point Road
Milford, CT 06460
March 12, 2004

Leonard A. McDermott, Esq.
Employee Advocates, LLC
35 Porter Avenue, Suite 2B
P.O. Box 205
Naugatuck, CT 06770

    RE:   Ceslik vs. Barbarino

Dear Mr. McDermott:

This will acknowledge receipt of your letter dated March 10, 2004.

If I must pay for Dr. Klugman's time, is there any way to keep the defendant from running up the cost? It would seem that one of their strategies would be to box me in with expenses I can't pay to force me into a low settlement. Can Dr. Klugman's deposition be held at his office to reduce expenses?

With regard to Dr. Klugman's reports not connecting the discriminatory act with my medical condition, I believe the reports say otherwise. Whether there was a spike in my depression or not, Dr. Klugman stated that the discriminatory act prolonged my depression and prevented me from getting better.

In terms of settlement figures, should not any settlement take into account damages for misconduct and lies told by Mr. Bosta and others during the CHRO proceedings? I remain puzzled about why the defendant can file an Answer not sworn to as required by the rules.

With regard to scheduling a meeting, please call me with dates that you are available.

Very truly yours,

Stephen Ceslik
(203) 874-2523

pg 7

# Affidavit

The undersigned Ronald Steger of 78 Old Tavern Road, Orange, CT. 06477 being first duly sworn, deposes and states as follows;

1) I'am above the age of 18 years and I believe in the obligation of an oath.

2) On May 11 2004 I drove Stephen Ce'slik to a meeting in Naugatuck CT. which took place at the law office of Attorney Leonard McDermott for a 7 P.M. meeting.

3) Attorney McDermott was drinking a bottle of beer when we entered his office. He asked us if we wanted a beer and we both declined. He continued to drink beer during our meeting.

4) Attorney McDermott admitted his $10,000.00 bet with Stephen

4) Continued;
was in jest, but he still owed Stephen a coffee.

5) Attorney McDermott said he would get the Barberino employee list with their hire dates.

6) Attorney McDermott agreed with Stephen that the case and issue (age discrimination) is the same today as 2 years ago when Stephen retained Attorney McDermott, nothing has changed.

7) Attorney McDermott said he had a copy of the "sworn to" on the interrogatories. Attorney McDermott agreed to mail Stephen a copy of Barberinos attesting to the truth of the interrogatories they answered.

8) Attorney McDermott said he knew Stephen was sick and told him to go home and

8) Continued;
get rest to get his high blood pressure down. Stephen said it was 177 over 101 with medications and the he (Stephen) was tired.

9) Attorney McDermott asked Stephen to make a list of the Barberino lies and provide documentation from the file that proved they were lies that were material to the case.

10) Attorney McDermott said he was going to set up a settlement conference with the judge, Barberino's attorney and the insurance company.

11) I told Attorney McDermott that I was the one who found him (McDermott) on the computer and let Stephen know about him.

12) Attorney McDermott said Stephen

12) CONTINUED:
has a valid claim of Age discrimination and at a later meeting wanted to talk strategy, such as the settlement conference and how to proceed at trial.

13) Attorney McDermott asked me if I would be a witness on Stephens behalf according to my sworn affidavit dated Oct 4, 2001, which we discussed.

14) I discussed my business background and experience in hiring and firing employees in a variety of businesses and my experience with the EEOC and department of labor hearing processes.

15) I told Attorney McDermott that when I called Mr. Basta about a job his (Basta's) line of questioning was aimed at getting in

15) Continued;
age established. I allowed it to continue untill he established that I was over 50 years old. Mr. Basta stated to me that they (Barberino) didn't want experienced people, he (Basta) stated they want young people. I called 2 or 3 times subsequent to this call, but once they knew how old (over 50) I was, I could not get an interview.

16) Attorney McDermott asked Stephen if he would consider bringing his case to mediation. Stephen said definitely not. He (Stephen) said he still wants his case before a jury.

17) Attorney McDermott stated that due to Barberinos failure to retain employment applications, they might settle because of this.

18) Attorney McDermott asked me to get him a copy of the law on record retention and send it to him as he didn't know what the law was on the length of time employers must retain applications for employment.

19) Stephen asked Attorney McDermott to let him know when to get together for their next meeting and to let him (Stephen) know the date of the settlement conference.

20) Attorney McDermott told Stephen to read his own deposition and gave him a copy of it.

Signed AT Milford, CT, on June ___ 2004.

Subscribed And Sworn To before me on This June 23rd, 2004

*Ronald P. Steger*
Ronald P. Steger

*Joan A Pilvelait*
Notary Public

JOAN A. PILVELAIT
NOTARY PUBLIC
MY COMMISSION EXPIRES MAR. 31, 2006