UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN CESLIK | CIVIL ACTION NO. |
| Plaintiff | 3:03 CV 0450 (MRK) |
| v. | |
| BARBERINO BROTHERS, INC. | JULY 15, 2004 |
| Defendant | |

### NOTICE REGARDING .PDF FORMAT

I am a pro se litigant and, under the court rules, I am not required to submit disks in .PDF format as suggested in the attached document that was mailed to me. I do not understand what this means, I do not have the equipment to make such disks, and the rules state that this requirement does not apply to pro se litigants.

Please keep this Notice in my file.

Dated at Milford, CT this June 11, 2004.

THE PLAINTIFF

_____
Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

## CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on July 15, 2004:

Leonard A. McDermott, Esq.
Employee Advocates, LLC
35 Porter Avenue, Suite 2B
P.O. Box 205
Naugatuck, CT 06770

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

_____
Stephen Ceslik, Pro Se

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## NOTICE TO COUNSEL RE: PAPER FILINGS AND COMPUTER DISKS

CASE: Coslik v Barbeino Brothers  03 cv 450

**✓** Your document was not accompanied by a computer disk containing a .pdf version of the filing. You are required to submit a computer disk (3½" or CD) containing a separate .pdf version of any paper filed with the court, unless the papers cannot be reduced to .pdf format. <u>*Refer to the instructions on the reverse side for information on preparing documents and disks.*</u>

_____ FOR FUTURE REFERENCE, we are returning your disk because:

_____ the document is not in .pdf format.

_____ the document is password protected or has security settings that prevent us from downloading it.

_____ the document is unreadable.

_____ the document on the disk exceeds the 1.5 mb size limitation for a single component.

_____ the disk was damaged in mailing and is unusable.

_____ the document submitted is incomplete, upside down or illegible.

_____ the document does not match the case.

_____ the .pdf file contains more than one document (**other than exhibits**) which should be filed as separate .pdf files.

IF YOUR DISK HAS BEEN RETURNED, <u>*DO NOT RESUBMIT IT*</u>. THIS NOTICE IS BEING PROVIDED TO YOU FOR REFERENCE IN SUBMITTING FUTURE FILINGS. IF YOU HAVE QUESTIONS, PLEASE DIRECT THEM TO THE OFFICE WHICH RETURNED YOUR DISK.

-2142187.wpd  Updated as of March 1, 2004 (12:49pm)

# TIPS ON PREPARING YOUR DOCUMENTS AND DISKS

## DOCUMENTS

- May not exceed 1.5 mb when converted to .pdf form.

- Preferred method of creating .PDF documents: from word processing software.

- Acceptable method of creating .PDF documents, <u>*with reservations:*</u> scanning the document using scanner software. If scanning: make sure your documents are complete, right side up and legible - MANY ARE NOT!

- With the exception of exhibits, do not merge different documents into one .pdf file (e.g., appearance and motion to extend time = two different documents, should be two separate .pdf files).

- Documents may consist of several components, each of which must be separate .pdf files which cannot exceed 1.5 mb. Examples of components:

   Motion (26 kb) (separate .pdf)
   Memorandum Part 1 (1.0 mb)(separate .pdf)
   Memorandum Part 2 (900 kb)(separate .pdf)
   Exhibits 1-20 (1.0 mb)(separate .pdf)
   Exhibits 21-30 (1.2 mb)(separate .pdf)

- If your document cannot meet the filing size restrictions, submit it in paper accompanied by a Notice of Manual Filing (available on the court's ECF website at www.ctd.uscourts.gov/cmecf). The Notice of Manual Filing must be submitted <u>BOTH</u> in paper and in .pdf form. <u>*Making a notation on your disk that something is filed in paper is not sufficient to comply with the Notice of Manual Filing requirements.*</u>

- Once your document is in .PDF format:
   -Verify that the correct document is being submitted - view it FIRST to verify that it is the one to be filed.
   -Make sure documents are not "locked" or password protected (Acrobat has a default security setting that must be changed!).

- If you are unable to create any .pdf documents, you must accompany your paper documents with a Notice of Manual Filing and indicate that you are unable to produce documents in .pdf form.

- Unless the case is approved as an electronically filed case, you are required to serve all documents, in the conventional manner, on all parties to the case.

- Certificates of service are still required on any document filed in paper or in electronic format.

## DISKS

- Disks may contain multiple documents for the same case, in separate .pdf files and each document must comply with the size requirements outlined in Section 1F3, Electronic Filing and Procedures Manual.

- Label the disk identifying the contents and the docket number.

- If using a CD, submit all documents for one case on one disk.

- Use separate disks for each case number. DO NOT combine documents for different cases on the same disk.

- If you want the disk returned to you, include a self-addressed, postage paid mailer.

2142187.wpd  Updated as of March 1, 2004 (12:49pm)