UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN CESLIK | : | |
| Plaintiff, | : | NO.   3:03cv450 (MRK) |
| v. | : | |
| BARBERINO BROTHERS, INC. | : | |
| Defendant. | : | |

## RULING AND ORDER

Having considered the pleadings and other papers submitted in connection with the various motions currently pending before this Court, the Court makes the following rulings on those motions:

1.   The Court GRANTS the Motion of Leonard McDermott to Withdraw as Attorney [doc. #39] since Plaintiff has filed a *pro se* appearance and good cause exists for permitting Mr. McDermott to withdraw. Mr. McDermott's name should be removed from the case file as an attorney of record and there is no further need for any party to serve him with pleadings. D. Conn. L. Civ. R. 7(e).

2.   The Court GRANTS Plaintiff's Motion to Deliver File [doc. # 41] to the extent that Mr. McDermott has not already delivered the file, and its contents, to Plaintiff. *See* Reply to Plaintiff's Motion for Sanctions, dated July 17, 2004, at 3 ("Plaintiff's file was sent by UPS, July 8, 2004."); Plaintiff's Response to Attorney McDermott's Reply to Motion for Sanctions [doc. # 47], at 3 ("There are numerous documents missing that I haven't had time to list.").

3.      The Court DENIES Plaintiff's Motion for Sanctions [doc. # 45]. If Plaintiff continues to feel that his former counsel, Mr. McDermott, has engaged in conduct in violation of the Rules of Professional Conduct, he should submit his grievances to either the Grievance Committee of this Court by filing a complaint with the Clerk of the Court in accordance with Rule 83.2(c) of the District's Local Rules of Civil Procedure or by filing a complaint with the Statewide Grievance Committee, Second Floor, Suite Two, 287 Main Street, East Hartford, CT 06118-1885 Phone: (203) 568-5157. At this time, the Court believes that if Plaintiff chooses to pursue his claims against Mr. McDermott, they are best resolved by those bodies.

4.      The current scheduling order in this case required the filing of a Joint Trial Memorandum no later than June 1, 2004. In view of the disruption occasioned by the aforementioned motions and the pendency of Plaintiff's Motion to Disqualify Corleto & Associates [doc. # 42], the Court will suspend the deadline for filing a joint trial memorandum until 30 days following this Court's ruling on the Motion to Disqualify. Defendant shall respond to the Motion to Disqualify no later than **August 10, 2004**. Plaintiff shall file any reply to Defendant's response no later than **August 24, 2004.**

IT IS SO ORDERED,

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: July 29, 2004