UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN CESLIK,                : Civil Action No.
                               : 3:03 CV 0450 (DJS)
        Plaintiff,             :
   vs.                         :
                               :
BARBERINO BROTHERS, INCORPORATED :
                               :
        Defendant              : August 10, 2004

## AFFIDAVIT OF ANTHONY B. CORLETO

State of Connecticut:
                     ss
County of Fairfield :

ANTHONY B. CORLETO, being duly sworn, deposes and says as follows:

1. I am a member of the firm Corleto & Associates, P.C., attorneys for defendant Barberino Brothers. I submit this affidavit in opposition to plaintiff's motion to disqualify this firm as counsel.

2. Annexed hereto as Exhibit "A" is a true and accurate copy of plaintiff's former counsel, Leonard McDermott, motion to withdraw as counsel. At paragraph 1, Mr. McDermott describes Mr. Ceslik's tactics as "repugnant and imprudent".

3. Annexed hereto as Exhibit "B" is a true and accurate transcript of the May 7, 2002 CHRO fact finding conference, with correspondence about the transcript's creation.

4. Annexed hereto as Exhibit "C" is a true and accurate copy of defendant's August 8, 2001 Response to the CHRO Schedule A.

5. Annexed hereto as Exhibit "D" is a true and accurate copy of the April 9, 2004 transcript of Stephen Ceslik's deposition in this case. At page 63-66, he testifies that he dismissed his counsel in a prior suit against a former business associate. At pages 58-62, he testifies about a complaint that he filed with the Attorney General's office against inter alia, CHRO investigator Roxanne Sinclair, in connection with an administrative complaint that Mr. Ceslik filed against his former employer, Napoli Motors.

6. Annexed hereto as Exhibit "E" is a true and accurate transcript of a April 13, 2001 telephone conversation between Mr. Bosta and plaintiff.

7. Annexed hereto as Exhibit "F" is a true and accurate copy of defendant's August 8, 2001 response to the CHRO complaint.

8. As more fully set forth in the defendant's Memorandum in Opposition, it is respectfully requested that an Order be entered denying plaintiff's motion.

_____
Anthony B. Corleto

Sworn before me this 10 day of August, 2004.

_____
Notary Public
Commissioner of the Court

T:\Lex0114CT\Suit\pld.27.wpd