UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN CESLIK                                CIVIL ACTION NO.

    Plaintiff                                         3:03 CV 0450 (MRK)

v.

BARBERINO BROTHERS, INC.                      SEPTEMBER 9, 2004

    Defendant

## SUPPLEMENT TO MOTION FOR CONTEMPT FOR FAILURE TO DELIVER FILE

Attorney McDermott has written a letter to the court dated September 3, 2004 claiming that he did not receive copy of this court's 7/29/04 Ruling and Order (Document #48) requiring him to deliver his file of my case to me.

Attorney McDermott again defies the direct order of the court by stating that <u>he intends not to send me copies of documents he believes I should have.</u> Incredibly, he says this after acknowledging that the court's order requires him "to deliver the contents of the plaintiff's file, to the extent that it has not already been delivered." This means to give Ceslik the complete file, not what McDermott wants to give.

It is self-evident that Attorney McDermott does not know what materials I have, is not entitled to determine what is relevant, and is not entitled to fashion his own criteria for

1

determining what documents to send me.

Finally, it is not believable that the court did not send a copy of # 48 dated 7/29/04 to Attorney McDermott. This court's order itself recited that there is no "<u>further</u> need for any party to serve him with pleadings." The Order itself does not state that the Order should not be sent to McDermott. I request that the clerk advise the court whether the court records indicate that Attorney McDermott was served with a copy of Document #48.

Attorney McDermott's letter dated September 3, 2004 basically states that he will give me what he thinks I need, and beyond that he snubs his nose at the court's order. This is just what he was saying before my Motion for Contempt was filed. I move that Attorney McDermott be held in contempt of court for mocking and defying the court's order that he deliver to me the entire file.

Dated at Milford, CT this September 9, 2004.

THE PLAINTIFF

_Stephen Ceslik_
Stephen Ceslik, Pro Se
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

## CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on September 9, 2004:

Leonard A. McDermott, Esq.
Employee Advocates, LLC
35 Porter Avenue, Suite 2B
P.O. Box 205
Naugatuck, CT 06770

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

X _____
Stephen Ceslik, Pro Se