UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
SEP 23 11 51 AM '04

STEPHEN CESLIK

    Plaintiff

v.

BARBERINO BROTHERS, INC.

    Defendant

CIVIL ACTION NO.

3:03 CV 0450 (MRK)

SEPTEMBER 23, 2004

## SUPPLEMENT TO
## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The defendant filed a Motion to Compel Production of Documents dated September 14, 2004, which this motion supplements.

Among the documents not supplied by the defendant is a copy of the tape recording of the 5/7/02 CHRO hearing that Attorney Corleto stated he received from CHRO in July or August 2004 and which he supplied to Brandon Smith Reporting Service upon which the transcript with numerous falsities was based.  I request as a further remedy that I be allowed an opportunity to listen to the tape he received from CHRO at a time and place of the defendant's choosing, and that a copy of that tape be supplied to me.  This is important to trace how the falsified transcript came to be prepared.  Even if I could obtain a copy directly from CHRO, which for two years I have not been able to do, the tape used by Attorney Corleto is independently relevant to determine its role in the

production of the falsified transcript. This is key evidence in the case because the law permits me to show that the defendant has tried to fashion false defenses, which gives rise to a presumption that the defendant acted illegally when they discriminated against me.

I further request, as an additional remedy, that the defendant be barred from offering any evidence to contradict any evidence I offer regarding the manner in which the false transcript was prepared or the motive for providing said false transcript, and that I be award costs.

Dated at Milford, CT this September 23, 2004.

THE PLAINTIFF

*[signature]*

Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on September 23, 2004:

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

*[signature]*

Stephen Ceslik, Pro Se