UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN CESLIK | CIVIL ACTION NO. |
| Plaintiff | 3:03 CV 0450 (MRK) |
| v. | |
| BARBERINO BROTHERS, INC. | SEPTEMBER 29, 2004 |
| Defendant | |

### REQUEST FOR SETTLEMENT CONFERENCE

In court on September 13, 2004, Judge Kravitz stated that both sides are entitled to a settlement conference, which would be scheduled before Magistrate Garfinkel. I request that such a conference be scheduled.

Dated at Milford, CT this September 29, 2004.

THE PLAINTIFF

Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

## CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on September 29, 2004:

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

*[signature]*
Stephen Ceslik, Pro Se