UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN CESLIK                        CIVIL ACTION NO.

     Plaintiff                               3:03 CV 0450 (MRK)

v.

BARBERINO BROTHERS, INC.                OCTOBER 8, 2004

     Defendant

## MOTION TO REQUIRE COURT REPORTER TO PROVIDE INFORMATION ABOUT TRANSCRIPT

A hearing was held in this Court on September 13, 2004. The Plaintiff has tried to call the reporter at a number supplied by the clerk's office (203-777-3487) perhaps as many as 40 times, but there is no answering machine and the reporter never answers. The Chief Court Reporter, when advised of these circumstances, said there was no alternative but to keep calling that number. Further, the Plaintiff has written two letters asking what the cost of the transcript will be. One letter was sent on September 17, 2004 and a second letter by certified mail on September 28, 2004, which the U.S. Post office advises me was delivered on September 29, 2004. I attach copies of both letters and the certified mailing receipt for the second letter.

The Plaintiff has made two trips to the clerk's office in New Haven trying to see the court reporter in person.

To date, the court reporter, Thea Finkelstein (phonetic), has not responded in any manner.

The Plaintiff moves that the court reporter be ordered to contact the plaintiff and provide him with information about the cost of the transcript and the number of pages. The Plaintiff's number is 203-874-2523. Any information can be left on his answering machine if he is not home.

Dated at Milford, CT this October 8, 2004.

THE PLAINTIFF

*[signature]*

Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

## CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on October 8, 2004:

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

Stephen Ceslik, Pro Se

777-5487

Chief Court Reporter  
Clerk's Office  
U.S. District Court  
141 Church St.  
New Haven, Ct. 06510

Sept. 17, 2004

RE: Ceslik vs Barberino  3:03 CV 00450(MRK)  
    9/13/04 Hearing, Motion To Disqualify

Dear Thea;

On 9/13/04 a hearing was held before Judge Mark R. Kravitz. Would you advise me of the cost of getting a transcript of the above subject hearing? Also the number of pages involved.

My phone # is 203 8742523. If I'm not in, please leave the information on my voice mail.

Thank you,

Steve Ceslik  
478 Milford Point Rd., Apt. A.  
Milford, Ct. 06460

Certified Letter
7002 0860 0000 5893 9162

Thea Finklestine - Court Reporter                 Sept. 28, 2004
Clerks Office
U.S. District Court                                428 Milford Point Rd.
141 Church St.                                     Milford, Ct. 06460
New Haven, Ct. 06510

RE: Steve Ceslik vs. Barberino Bros., Inc.
    3:03 CV 0450 (MRK)
    9/13/04 Hearing, Motion To Disqualify &
    Motion for Contempt.

---

Dear Thea Finklestine:

I've tried to reach you by phone several times and by letter on 9/17/04 (copy attached). Would you advise me of the cost of getting a transcript of the above subject hearing, Also the number of pages. The hearing started approx. 1:40 P.M. Also, procedure to order the transcript. My phone # is 874 2523. If I'm not in, please leave the information on my answering machine.

Attachment;

Yours truly,
Stephen Ceslik

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

NEW HAVEN, CT 06510

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0960 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KR5R6N |
| Total Postage & Fees | $ 4.42 | 09/28/04 |

Sent To: Thea Finkelstine Court Reporter US Court
Street, Apt. No.; or PO Box No.: 141 Church St.
City, State, ZIP+4: New Haven, CT 06510

PS Form 3800, April 2002 — See Reverse for Instructions

7002 0860 0000 5893 9462