FILED
OCT 8  12 11 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN CESLIK | CIVIL ACTION NO. |
| Plaintiff | 3:03 CV 0450 (MRK) |
| v. | |
| BARBERINO BROTHERS, INC. | OCTOBER 8, 2004 |
| Defendant | |

**MOTION FOR EXTENSION OF TIME**

The Court has established various deadlines for trial preparation, including a deadline of November 1, 2004 for the filing of a Joint Trial Memorandum. The Plaintiff has filed a Request for Settlement Conference dated September 29, 2004, which the court has not yet ruled on.

If a settlement conference is scheduled, the Plaintiff moves that all deadlines be extended until after the conference. If a settlement conference is not scheduled, the plaintiff moves that the deadline for the filing of the Joint Trial Memorandum be extended to three months following notice that no settlement conference will be held. The reasons for the requested extension are:

1) Plaintiff is struggling as a PRO SE party trying to follow the rules.

2) He has medical conditions which impede his ability to spend time on this case at this time. See Dr. Klugman's 10/4/04 letter attached in which he recommends that legal proceedings be postponed because of recent exacerbations of plaintiff's condition, and that his medication is being adjusted.

3) He was in a car accident on October 5, 2004 from which he suffers neck pain and headaches, further delaying his ability to work effectively on this case.

Dated at Milford, CT this October 8, 2004.

THE PLAINTIFF

*Stephen Ceslik*

Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

## CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on October 8, 2004:

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

*Stephen Ceslik*
Stephen Ceslik, Pro Se

Case 3:03-cv-00450-MRK   Document 64   Filed 10/08/2004   Page 3 of 4

**JEFFRY KLUGMAN, M.D.**
400 PROSPECT STREET
NEW HAVEN, CONNECTICUT 06511

TELEPHONE (203) 776-6100

10/4/04

Stephen Ceslik is a patient under my care. A recent exacerbation of his condition leads me to recommend that the legal proceedings in which he is involved be postponed. It is my hope that this state of affairs will be short-lived as I adjust his medication, but I cannot in fact predict the duration of this condition.

*[signature]*