UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN CESLIK | CIVIL ACTION NO. |
| Plaintiff | 3:03 CV 0450 (MRK) |
| v. | |
| BARBERINO BROTHERS, INC. | OCTOBER 18, 2004 |
| Defendant | |

## FOURTH SUPPLEMENT TO MOTION FOR CONTEMPT FOR FAILURE TO DELIVER FILE

First, I apologize to the Court for an error that appeared in my Third Supplemental Motion dated October 14, 2004. In the middle of page 3, second full paragraph, I stated that, " . . . Def. Exh. C at Dr. Klugman's deposition was provided to me, and he additionally was attached to the copy of the deposition transcript sent to me." In fact, it was Def. Exh. C that was attached to the deposition.

Second, with regard to Attorney McDermott's letter to Your Honor dated October 9, 2004 (copy attached), he stated that the court had stated that matters concerning the delivery of the file were best left to other forums. The Court did not say this. While certain misconduct is better reviewed by a grievance panel, the issue of delivery of the file is a matter of direct defiance of Your Honor's order and that issue was not among

1

those best left to another tribunal. On September 13, 2004, the Court raised this very issue. After discussion, the court agreed that, because it was an order of the court, it was supposed to be obeyed, the court would handle it, and stated that the court would give Attorney McDermott a few more days to respond.

In the second paragraph of Attorney McDermott's 10/9/04 letter, he tells the Court what he gave, but offers no information on the numerous documents he should have given, that have been the subject of my previous motions.

Then in his third paragraph, he stated that he is willing to make "additional" copies of any documents I "need." Despite this, which he has said before, he still does not supply copies of designated documents that I have discussed in my motions since last June, and that he knows I am looking for, including Def. Exh. C to Dr. Klugman's deposition. This exhibit is voluminous and contains much confidential medical information about me and my family members, some of it going back 50 years. His promise to make copies make him appear cooperative, when in fact, while he tells the court he will make copies, he sends me none.

The plaintiff requests that sanctions be imposed on Attorney McDermott, including the payment of my costs, the payment of the Court's costs, and to penalize him

for taking up my time on this issue when I need all my energy to prepare for trial.

Dated at Milford, CT this October 18, 2004.

THE PLAINTIFF

_____
Stephen Ceslik, Pro Se
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

## CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on October 18, 2004:

Leonard A. McDermott, Esq.
Employee Advocates, LLC
35 Porter Avenue, Suite 2B
P.O. Box 205
Naugatuck, CT 06770

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

_____
Stephen Ceslik, Pro Se

# EMPLOYEE ADVOCATES, LLC

35 PORTER AVENUE, 2B • P.O. BOX 205
NAUGATUCK • CONNECTICUT 06770

LAW FIRM

ATTORNEY LEONARD A. MCDERMOTT

Telephone:
(203) 723-9610
Facsimile
(203) 723-1032

October 9, 2004

Honorable Judge Mark R. Kravitz
United States District Court
Hartford Office of the Clerk
450 Main Street
Hartford, CT  06103

Re:  Ceslik v. Barberino Brothers, Inc.

Dear Honorable Mark R. Kravitz:

I am enclosing a copy of a letter to Plaintiff in the above-reference matter. I have not responded to Plaintiff's Motion For Contempt, or the two Supplements. My understanding of your Order of July 29, 2004, is that Plaintiff should direct his complaints concerning me to other forums.

I have complied with this Court's Order and have returned to Plaintiff all original contents of Plaintiff's file. I have even returned copies that Plaintiff sent to me. However, Plaintiff is not satisfied.

I am also enclosing my last letter to Plaintiff, where I offer to review my copies of his file and offer to send him another copy of anything he needs to pursue his case.

Please advise me if the Court wishes me to respond formally to Plaintiff's Motion.

Sincerely,

Leonard A. McDermott
LAD/smp

Enclosures

emploveeadvocatesllc.com