UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 19  2 06 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| STEPHEN CESLIK, | : Civil Action No. |
| | : 3:03 CV 0450 (DJS) |
| Plaintiff, | : |
| vs. | : MRK |
| | : |
| BARBERINO BROTHERS, INCORPORATED | : |
| | : |
| Defendant | : October 18, 2004 |

**OBJECTION TO REQUEST FOR SETTLEMENT CONFERENCE**

The defendant hereby objects to plaintiff's September 29, 2004 "request for settlement conference". The request misstates the premise. Judge Kravitz clearly advised that a settlement conference would be scheduled if both sides agreed that a conference was desired. The defendant does not believe that a conference would be productive. Accordingly, the defendant objects to the request.

Respectfully submitted,

THE DEFENDANT
BARBERINO BROTHERS, INCORPORATED

By: _____
Anthony B. Corleto, Esq.   (CT 13520)
CORLETO & ASSOCIATES, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811
(203) 790-7540
Juris No. 412229

CERTIFICATION

It is hereby certified that a copy of the foregoing **OBJECTION TO REQUEST FOR SETTLEMENT CONFERENCE** was mailed postage pre-paid, to all counsel of record, pro se parties of record and non appearing parties on October 18, 2004 as follows:

Stephen Ceslik
478 Milford Point Road
Milford CT 06460

_____
Anthony B. Corleto

T:\Lex0114CT\Suit\pld.30.wpd

2