UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN CESLIK | : | |
| Plaintiff, | : | NO.   3:03cv450 (MRK) |
| v. | : | |
| BARBERINO BROTHERS, INC. | : | |
| Defendant. | : | |

## RULING AND ORDER

Presently pending before the Court are pro se Plaintiff's Request for Settlement Conference [doc. # 62] and his Motion for Extension of Time [doc. # 64]. Even though Defendant opposes Plaintiff's request for a settlement conference, the Court believes that it would be beneficial for the parties to meet with Magistrate Judge Garfinkel for the purpose of discussing settlement, and to that end, the Court will GRANT Plaintiff's Request for Settlement Conference [doc. # 62] and will refer this case to Magistrate Judge Garfinkel for purposes of holding a settlement conference.

Furthermore, because it will take some time before Magistrate Judge Garfinkel will be able to meet with the parties, the Court will also GRANT Plaintiff's Motion for an Extension of Time [doc. # 62] insofar as the Court will delay the filing of the parties Joint Trial Memorandum until **February 1, 2005** in the expectation that the parties will have met with Magistrate Garfinkel by that time. Plaintiff sought this extension not only because of his request for a settlement conference but also based upon his medical condition and lack of knowledge with

1

Court procedure. Insofar as the latter two bases are concerned, the Court notes that Plaintiff has apparently relied frequently on his medical condition to delay deadlines in this and other cases and that it is Plaintiff who has chosen to proceed pro se and without assistance from a lawyer. Therefore, the Court cautions Plaintiff that he should not anticipate that this Court will grant any further delays in the current schedule and he should attend the requested settlement conference in accordance with whatever schedule Magistrate Judge Garfinkel establishes.

                                             IT IS SO ORDERED,

                            /s/      Mark R. Kravitz
                                  United States District Judge

Dated at New Haven, Connecticut: October 20, 2004