UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN CESLIK                                   CIVIL ACTION NO.

    Plaintiff                                      3:03 CV 0450 (MRK)

v.

BARBERINO BROTHERS, INC.                         OCTOBER 22, 2004

    Defendant

## RESPONSE TO OBJECTION TO REQUEST FOR SETTLEMENT CONFERENCE

Attorney Corleto has filed an Objection to Request for Settlement Conference dated October 18, 2004.

By way of clarification, the plaintiff filed his Request for Settlement Conference not realizing that one had already been ordered with a scheduled date. It was only upon further review of materials supplied by Attorney McDermott to the plaintiff in July and September 2004, that the plaintiff has just found a copy of an Order issued by Magistrate Smith dated October 3, 2003 ordering that the parties "shall" attend a settlement conference (copy attached.) The original date cited for the conference has passed. The date was postponed at the request of Attorney Corleto, to which Attorney McDermott consented.

We are therefore not writing on a blank slate. There is already an order to hold a settlement conference. All that remains is to reschedule the date. Attorney Corleto should have told Your Honor about this Order in his Objection and at the hearing on September 13, 2004 when the issue of a settlement conference came up.

Further, I note that Attorney Corleto has again violated Magistrate Smith's Memorandum and Order dated December 5, 2003, and Your Honor's instructions in court on September 13, 2004, not to send documents to chambers. I can only assume that Attorney Corleto has a reason for continuing to do this, such as trying to unfairly highlight his positions, or getting a favorable ruling without giving the plaintiff a chance to respond.

This case has become very contentious. This is the exact kind of case for which a settlement conference may be most useful.

Dated at Milford, CT this October 22, 2004.

THE PLAINTIFF

_____
Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

## CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on October 22, 2004:

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

*Stephen Ceslik*
Stephen Ceslik, Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STEPHEN CESLIK,
    -Plaintiff

- v -                        Civil No 3:03CV450(DJS)

BARBERINO BROTHERS, INC.,
    -Defendant

### ORDER

A settlement conference shall be held before the undersigned on **December 11, 2003, at 10:00 a.m.** The parties shall submit <u>ex parte</u> statements **to the Chambers of Judge Smith**, not to exceed four pages, briefly setting forth their settlement positions, no later than December 9, 2003. **<u>Facsimiles will not be accepted</u>**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See <u>Nick v. Morgan's Foods, Inc.</u>, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), <u>aff'd</u>, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

**IT IS SO ORDERED.**

**Dated at Hartford, Connecticut this 3rd day of October, 2003.**

_____
Thomas P. Smith
United States Magistrate Judge