```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
--------------------------------------
STEPHEN CESLIK,                        :  Civil Action
                                       :  No. 3:03 CV 0450(MRK)
            Plaintiff,                 :
       vs.                             :
                                       :
BARBERINO BROTHERS, INCORPORATED       :
                                       :
            Defendants                 :  October 25, 2004
```

## APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Anupam R. Pertab of Corleto & Associates, P.C., 107 Mill Plain Road, Suite 200, Danbury, Connecticut 06811, hereby appear on behalf of the defendant BARBERINO BROTHERS, INC.

        Respectfully submitted,

        THE DEFENDANTS
        BARBERINO BROTHERS, INCORPORATED

By:_____
   Anthony B. Corleto, Esq.  (CT 13520)
   Anupam R. Pertab, Esq. (CT 26256)
   CORLETO & ASSOCIATES, P.C.
   107 Mill Plain Road, Suite 200
   Danbury, CT 06811
   (203)790-7540
   Juris No. 412229

CERTIFICATION

It is hereby certified that a copy of the foregoing **APPEARANCE** was mailed postage pre-paid, to all counsel of record, pro se parties of record and non appearing parties on October 25, 2004 as follows:

Mr. Stephen Ceslik (Via DHL)
478 Milford Point Rd. Apt. A
Milford, CT 06460

_____
Anupam R. Pertab

T:\Lex0114CT\Suit\appearance.pld.32.wpd