```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT


STEPHEN CESLIK,                    :   Civil Action No.
                                   :   3:03 CV 0450(MRK)
         Plaintiff,                :
    vs.                            :
                                   :
BARBERINO BROTHERS, INCORPORATED   :
                                   :
         Defendant                 :   October 25, 2004
```

**OBJECTION TO REQUEST FOR SETTLEMENT CONFERENCE**

The defendant hereby objects to plaintiff's September 29, 2004 "request for settlement conference". The request misstates the premise. Judge Kravitz clearly advised that a settlement conference would be scheduled if both sides agreed that a conference was desired. The defendant does not believe that a conference would be productive. Accordingly, the defendant objects to the request.

        Respectfully submitted,

        THE DEFENDANT
        BARBERINO BROTHERS, INCORPORATED

By: _____
    Anthony B. Corleto, Esq.  (CT 13520)
    Anupam R. Pertab, Esq. (CT 26256)
    CORLETO & ASSOCIATES, P.C.
    107 Mill Plain Road, Suite 200
    Danbury, CT 06811
    (203)790-7540
    Juris No. 412229

<u>CERTIFICATION</u>

It is hereby certified that a copy of the foregoing **OBJECTION TO REQUEST FOR SETTLEMENT CONFERENCE** was mailed postage pre-paid, to all counsel of record, pro se parties of record and non appearing parties on October 25, 2004 as follows:

Stephen Ceslik (Via DHL)
478 Milford Point Road
Milford CT 06460

 

                                                                     _____
                                                                       Anupam R. Pertab

T:\Lex0114CT\Suit\pld.30.wpd