```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


STEPHEN CESLIK,                      :   Civil Action No.
                                     :   3:03 CV 0450(MRK)
          Plaintiff,                 :
     vs.                             :
                                     :
BARBERINO BROTHERS, INCORPORATED     :
                                     :
          Defendant                  :   October 25, 2004
```

### OPPOSITION TO MOTION FOR EXTENSION OF TIME

The defendant hereby opposes and objects to plaintiff's October 8, 2004 "motion for extension of time".

Plaintiff's motion is based in part on his request for a settlement conference. The defendants have objected to the request for a settlement conference.

Plaintiff's other reasons for requesting an extension of time are wholly without merit. This is not the first time Mr. Ceslik has sued pro-se, nor the first time he has sought to delay proceedings based on his "medical condition". Annexed hereto as Exhibit "A" is Mr. Ceslik's testimony describing how he dismissed his attorney several years into another lawsuit. Annexed hereto as Exhibit "B" is the docket from Mr. Ceslik's bankruptcy, again reflecting his pro-se status.

As with his "pro-se status", Mr. Ceslik's "medical condition" has been previously invoked to delay and/or manipulate litigation that he regularly pursues. Annexed hereto as Exhibit "C" is another letter from Dr. Klugman supporting Ceslik's request to adjourn a CHRO proceeding against a prior employer, Napoli Motors, for essentially the same reasons set forth in the instant request. More recently, in the instant action, Ceslik delayed a deposition noticed for March 5, 2004 (which was court ordered to be conducted by March 15, 2004) based on another note from Dr. Klugman (See, annexed Exhibit "D").

It is patently evident that, as with Ceslik's ill conceived motion to disqualify defense counsel, the current request for extension of time is yet another attempt to manipulate the system. The court should not countenance this conduct.

        Respectfully submitted,

        THE DEFENDANT
        BARBERINO BROTHERS, INCORPORATED

By: _____
    Anthony B. Corleto, Esq.  (CT 13520)
    Anupam R. Pertab, Esq. (CT 26256)
    CORLETO & ASSOCIATES, P.C.
    107 Mill Plain Road, Suite 200
    Danbury, CT 06811
    (203)790-7540
    Juris No. 412229

## CERTIFICATION

It is hereby certified that a copy of the foregoing **OPPOSITION TO MOTION FOR EXTENSION OF TIME** was mailed postage pre-paid, to all counsel of record, pro se parties of record and non appearing parties on October 25, 2004 as follows:

Stephen Ceslik (Via DHL)
478 Milford Point Road
Milford CT 06460

                                                _____
                                                Anupam R. Pertab

T:\Lex0114CT\Suit\objection.pld.31.wpd