FILED

2004 NOV -1  P 12: 13

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN CESLIK                              CIVIL ACTION NO.

    Plaintiff                              3:03 CV 0450 (MRK)

v.

BARBERINO BROTHERS, INC.                    NOVEMBER 1, 2004

    Defendant


### MOTION FOR ADVICE REGARDING TRANSCRIPT

Despite my numerous requests and efforts to obtain information to order the transcript of the hearing held in this Court on September 13, 2004, I have still not made any progress either in obtaining information about the transcript or obtaining a copy of it. Some of my efforts were described in my Motion dated October 8, 2004.   Since that date, I have been to the clerk's office again and was advised again that there is nothing I can do but continue to call the reporter at the phone number she never answers.  To this date, the court reporter, who has my phone number, has never left a message on my answering machine.   The court reporter still does not answer her phone and has not responded to any of my correspondence.

I request that the court advise me whether there is some other method for obtaining

information about the transcript or obtaining a copy of it.


Dated at Milford, CT this November 1, 2004.


THE PLAINTIFF

Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523


CERTIFICATION


This will certify that I mailed a copy of the foregoing motion and the attachments to the
following on November 1, 2004:

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

Stephen Ceslik, Pro Se