UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN CESLIK | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv450 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BARBERINO BROTHERS, INC. | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion For Advice Regarding Transcript [# 76] is GRANTED. The Court has provided the Court Reporter with a copy of Plaintiff's Motion and has been advised that the Court Reporter will provide Plaintiff with a copy of the requested transcript within two business days of receiving payment of the estimated costs of preparing the transcript. The Court is further advised that the estimated cost of the transcript, including tax, is $ 122.43. If Plaintiff should encounter any further difficulties obtaining a transcript of any court proceeding in this case, Plaintiff is encouraged to contact the Court either by motion or letter (with a service copy to Defendant) as soon as possible.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: November 2, 2004.