c

FILE

2004 NOV 18 A 10

U.S. DISTRICT COU
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------

STEPHEN CESLIK,                          :   Civil Action
                                         :   No. 3:03 CV 0450(MRK)
                    Plaintiff,           :
          vs.                            :
                                         :
BARBERINO BROTHERS, INCORPORATED         :
                                         :
          Defendants                     :   November 17, 2004

### DEFENDANT'S SUPPLEMENTAL SUBMISSION
### RE: MOTION FOR SANCTIONS [#57]

Defendant, BARBERINO BROTHERS, through its counsel, Corleto
& Associates, P.C., hereby makes this supplemental submission in
response to the court's November 9, 2004 ruling and order.  The
court's November 9, 2004 order directed defendant to resubmit the
responses to plaintiff's first set of interrogatories, under oath,
and notify the court of its re-submission.

Defendant respectfully advises this court that on September
17, 2004, defendant forwarded plaintiff an original, notarized
"verification" to supplement its December 29, 2003 responses.
(See, Exhibit "A").  Accordingly, defendants hereby request that

plaintiff's motion for sanctions (Doc. No. 57) be denied.

Respectfully submitted,

THE RESPONDENT
BARBERINO BROTHERS, INCORPORATED

By: _Anupam Pertab_ _____
Anthony B. Corleto, Esq. (CT 13520)
Anupam R. Pertab, Esq.   (CT 26256)
CORLETO & ASSOCIATES, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811
(203)790-7540
Juris No. 412229

## CERTIFICATION

It is hereby certified that a copy of the foregoing **DEFENDANT'S SUPPLEMENTAL SUBMISSION RE: MOTION FOR SANCTIONS [#57]** was mailed via overnight mail DHL, to all counsel of record, pro se parties of record and non appearing parties on November 17, 2004 as follows:


Mr. Stephen Ceslik (Via DHL)
478 Milford Point Rd. Apt. A
Milford, CT 06460


_____
Anupam R. Pertab

T:\Lex0114CT\Suit\pld.33.wpd

**EXHIBIT  A**

# CORLETO & ASSOCIATES, P.C.
### ATTORNEYS & COUNSELORS

107 MILL PLAIN ROAD                    WWW.CORLETOFIRM.COM                    50 MAIN STREET
SUITE 200                                                                    SUITE 1000, PMB 1011
DANBURY, CONNECTICUT 06811-6100                                              WHITE PLAINS, NEW YORK 10606
TELEPHONE (203) 790-7540                                                     TELEPHONE (914) 762-2610
FACSIMILE (203) 790-7536                                                     FACSIMILE (914) 762-2661

REPLY TO:                                                                    WRITER'S DIRECT:

Danbury                                                                      203-790-7540


September 17, 2004


Mr. Stephen Ceslik
478 Milford Point Road
Milford, CT 06460

Re:  Ceslik v. Barberino Brothers
     Civil Action: 3:03 CV 0450(DJS)
     <u>Our File</u>:     <u>LEX.0114CT</u>

Dear Mr. Ceslik:

Enclosed please find the original notarized verification for defendant's December 29, 2003 discovery responses. I apologize for any delay in forwarding the enclosed verification.

Thank you for your courtesy and attention.

Very truly yours,

CORLETO & ASSOCIATES, P.C.

Anupam R. Pertab

ARP/gvb
Enclosure:     Verification


T:\Lex0114CT\ltr.36.wpd

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

STEPHEN CESLIK,                     :    **Civil Action No.**
                                    :    **3:03 CV 0450(DJS)**
              Plaintiff,            :
        vs.                         :
                                    :
BARBERINO BROTHERS, INCORPORATED    :
                                    :
              Defendants            :

### VERIFICATION

STATE OF CONNECTICUT)
                     : ss  Wallingford, CT    September ____, 2004
COUNTY OF NEW HAVEN )

    I, DAVID BARBERINO, pursuant to the requirements outlined in
Fed.R.Civ.Pro. 33(b) (2003), have read the foregoing responses to
plaintiff's interrogatories and verify that they are true and
accurate to the best of my knowledge.

_____
David Barberino

Subscribed and sworn before me this 9th day of September, 2004.

_____
Notary Public/~~Commissioner of~~
~~The Superior Court~~ My commission
                      expires March 30, 2006

T:\Lex0114CT\Suit\verification.wpd