FILED
2004 NOV 18 A 10: 17
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN CESLIK, | : Civil Action No. |
| | : 3:03 CV 0450(MRK) |
| Plaintiff, | : |
| vs. | : |
| | : |
| BARBERINO BROTHERS, INCORPORATED | : |
| | : |
| Defendant | : November 17, 2004 |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S "SUPPLEMENT TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS" [#60]

The defendant, BARBERINO BROTHERS, INC., through its counsel, Corleto & Associates, P.C. hereby responds to plaintiff's September 23, 2004 "Supplement to Motion to Compel Production of Documents" [#60].

Defendant has forwarded to plaintiff a copy of CHRO's audio cassette recording of the 5/7/02 hearing. (See, Exhibit "A"). Defendant received the cassette from CHRO, in response to a freedom of information request, on July 22, 2004. Defendant also advised plaintiff that it declines plaintiff's request to attend a joint session to listen to the 5/7/02 audio cassette (See, Exhibit "A").

Defendant objects to that branch of plaintiff's motion which seeks to bar evidence contradicting the alleged "falsification of the transcript". The request is wholly without basis and hardly

merits a response. Simply put, barring defendant from offering any evidence to disprove Ceslik's latest unsubstantiated conspiracy theory would be a grave injustice, as there has been no evidence, circumstantial or otherwise, suggesting that the transcript and/or tape was falsified. Accordingly, defendant respectfully asks this court to deny plaintiff's request.

        Respectfully submitted,

        THE DEFENDANT
        BARBERINO BROTHERS, INCORPORATED

By: *[signature: Anupam Pertab]*
        Anthony B. Corleto, Esq.  (CT 13520)
        Anupam R. Pertab, Esq.  (CT 26256)
        CORLETO & ASSOCIATES, P.C.
        107 Mill Plain Road, Suite 200
        Danbury, CT 06811
        (203)790-7540
        Juris No. 412229

## ORDER

The foregoing RESPONSE TO PLAINTIFF'S "SUPPLEMENT TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS" having come before the Court, IT IS HEREBY ORDERED:

GRANTED _____

DENIED _____

BY THE COURT

_____
JUDGE/CLERK

3

CERTIFICATION

It is hereby certified that a copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S SUPPLEMENT TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS** was sent via overnight mail DHL, to all counsel of record, pro se parties of record and non appearing parties on November 17, 2004 as follows:

Mr. Stephen Ceslik (Via DHL)
478 Milford Point Rd. Apt. A
Milford, CT 06460

*Anupam Pertab*
Anupam R. Pertab

T:\Lex0114CT\Suit\pld.34.wpd

4

**EXHIBIT A**

# CORLETO & ASSOCIATES, P.C.
## ATTORNEYS & COUNSELORS

107 MILL PLAIN ROAD
SUITE 200
DANBURY, CONNECTICUT 06811-6100
TELEPHONE (203) 790-7540
FACSIMILE (203) 790-7536

WWW.CORLETOFIRM.COM

50 MAIN STREET
SUITE 1000, PMB 1011
WHITE PLAINS, NEW YORK 10606
TELEPHONE (914) 762-2610
FACSIMILE (914) 762-2651

REPLY TO:

Danbury

WRITER'S DIRECT:

203 790-7540

November 17, 2004

<u>VIA DHL</u>
Mr. Stephen Ceslik
478 Milford Point Road
Milford, CT 06460

Re:  Ceslik v. Barberino Brothers
     Civil Action No. 3:03 CV-0450(MRK)
     <u>Our File: LEX.0114CT</u>

Dear Mr. Ceslik:

In response to your September 23, 2004 "Supplement to Motion to Compel Production of Documents" enclosed please find a copy of CHRO's audio cassette recording of the May 7, 2002 CHRO hearing. Defendant declines the invitation to attend a joint listening session.

Should you have any questions or need any additional information, please do not hesitate to contact me.

Very truly yours,

CORLETO & ASSOCIATES, P.C.

*Anupam Pertab*

Anupam R. Pertab

ARP/gvb
Enclosure: Cassettes

T:\Lex0114CT\Suit\ltr.31.wpd