UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN CESLIK | CIVIL ACTION NO. |
| Plaintiff | 3:03 CV 0450 (MRK) |
| v. | |
| BARBERINO BROTHERS, INC. | NOVEMBER 24, 2004 |
| Defendant | |

FILED 2004 NOV 29 P 1:32 U.S. DISTRICT COURT NEW HAVEN CT

## MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH MOTION TO COMPEL DATED SEPTEMBER 14, 2004

In accordance with this Court's order (#78), I hereby renew and re-file my Motion to Compel Production of Documents dated September 14, 2004 (#58). The basis for that motion was that the defendant did not submit any documents to three requests even though his Responses dated December 29, 2003 stated that the requested documents were "attached" or "will be produced", but nothing was attached for # 4, 5, or 6.

I attach a copy of my Motion to Compel Production of Documents dated September 14, 2004 (#58) for the court's reference. The defendant did not even bother to take the time to answer these. This is not an innocent omission, but a continued, arrogant defiance of the court rules and the concept of fair play.

The plaintiff moves that the court order sanctions as follows:

1) An order that the matters regarding the subject of the production requests shall be taken to be established for the purposes of the action in accordance with the claim of the plaintiff.

2) An order refusing to allow the defendant to support or oppose the matters designated in the requests for production and prohibiting the defendant from introducing evidence on the designated matters.

3) An award of costs to the plaintiff.

THE PLAINTIFF

_____
Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

## CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on November 24, 2004:

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

_____
Stephen Ceslik, Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
SEP 14  12 29 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| STEPHEN CESLIK | CIVIL ACTION NO. |
| Plaintiff | 3:03 CV 0450 (MRK) |
| v. | |
| BARBERINO BROTHERS, INC. | SEPTEMBER 14, 2004 |
| Defendant | |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The defendant filed a Defendant's Response to Plaintiff's Request for Production of Documents dated December 29, 2003. This Response purported to attach documents and promised to produce other documents "upon receipt." No documents were attached and no documents have subsequently been supplied. See attached Exhibit A.

The plaintiff moves that the court order that all documents referenced in said Response dated December 29, 2003, and not objected to, be suppled by the defendant immediately.

Dated at Milford, CT this September 14, 2004.

THE PLAINTIFF

*[signature]*

Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

## CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on September 14, 2004:

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

*[signature]*
Stephen Ceslik, Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN CESLIK, | : Civil Action No. |
|       Plaintiff, | : 3:03 CV 0450(DJS) |
| vs. | : |
| BARBERINO BROTHERS, INCORPORATED | : |
|       Defendant | : December 29, 2003 |

**DEFENDANT'S RESPONSES TO PLAINTIFF'S
REQUEST FOR PRODUCTION OF DOCUMENTS**

1. Please produce all documents identified in response to the foregoing interrogatories, identifying the particular interrogatory or interrogatories with respect to which each document is produced.

**ANSWER:** **Objection. Plaintiff's request is overly broad and vague, and may breach defendant's obligation of employee confidentiality, C.G.S. §31-128f.**

2. Please produce all documents relating to any administrative proceedings that Defendants responded to or attended, in connection with any of the claims asserted in the Complaint of this case.

**ANSWER:** **Please see attached.**

3. Please produce all documents, including applications for all sales personnel hired during the years of 2000 and 2001.

Exh. A

**ANSWER:** Objection. Material requested is irrelevant, immaterial or not calculated to lead to admissible information, and may breach defendant's obligation of employee confidentiality, C.G.S. §31-128f.

4. Please produce all documents relating to Defendants' three special defenses.

**ANSWER: Please see attached.**

5. Please produce Mike Bosta's resume and/or list his previous employers for the years of 1997 through 2001.

**ANSWER: Document will be produced upon receipt.**

6. Please list and produce copies of all Complaints against Barberino Brothers, Inc., served and filed, from 1998 through 2003 at:

    a) CHRO or EEOC

**ANSWER: Document will be produced upon receipt.**

    b) Connecticut Superior Court

**ANSWER: Document will be produced upon receipt.**

    c) US District Court, District of Connecticut

**ANSWER: Document will be produced upon receipt.**

Respectfully submitted,

THE DEFENDANT
BARBERINO BROTHERS, INCORPORATED

By: _____
Anthony B. Corleto, Esq.  (CT 13520)
CORLETO & ASSOCIATES, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811
(203) 790-7540
Juris No. 412229

3

CERTIFICATION

It is hereby certified that a copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** was mailed postage pre-paid, to all counsel of record, pro se parties of record and non appearing parties on December 29, 2003 as follows:

Leonard A. McDermott, Esq.
Employee Advocates, LLC
35 Porter Avenue, 2B
PO Box 205
Naugatuck, CT 06770

_____
Anthony B. Corleto

T:\Lex0114CT\Suit\pld.14.wpd

4