UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN CESLIK

    Plaintiff

v.

BARBERINO BROTHERS, INC.

    Defendant

CIVIL ACTION NO.

3:03 CV 0450 (MRK)

NOVEMBER 24, 2004

### REPLY TO DEFENDANT'S 11/17/04 RESPONSE TO PLAINTIFF'S 9/23/04 SUPPLEMENT TO MOTION TO COMPEL (#60)

The plaintiff hereby acknowledges receipt from Attorney Corleto's office of a copy of CHRO's audio cassette recording of the 5/7/02 hearing, and also a copy of the audio cassette recording of the 4/13/01 telephone conversation between Ceslik and Basta, that Attorney Corleto's office states he obtained from CHRO.

THE PLAINTIFF

_____
Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

## CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on November 24, 2004:

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

                                                    _____
                                                    Stephen Ceslik, Pro Se