UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN CESLIK,                        :   Civil Action No.
                                       :   3:03 CV 0450(MRK)
              Plaintiff,               :
        vs.                            :
                                       :
BARBERINO BROTHERS, INCORPORATED       :
                                       :
         Defendant                     :   December 14, 2004

## OBJECTION TO MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH 9/14/04 MOTION TO COMPEL [DOC. #84]

The defendant, BARBERINO BROTHERS, INCORPORATED ("Barberino"), through its counsel, Corleto & Associates, P.C., hereby objects to plaintiff's "Motion for Sanctions for Failure to Comply with Motion to Compel Dated September 14, 2004." Plaintiff's motion is baseless and serves no purpose other than to harass defendant and waste this court's time.

First, plaintiff's "9/14/04 Motion to Compel (#58)" was denied. Accordingly, there are no grounds to move for sanctions. Judge Kravitz' order dated November 9, 2004, is annexed hereto as Exhibit "A".

Second, defendant has responded. Judge Kravitz' 11/9/04 order directed defendant to respond by November 19, 2004. On November 17, 2004, defendant submitted to the court and to plaintiff documents responsive to plaintiff's "Motion to Compel."

The motion specifically requested production of documents referred to in defendant's 12/29/03 response as would be "produced upon receipt", specifically, responses to Production Requests No. 5 and 6.

Production Request No. 6, sought copies of "complaints against Barberino Brothers" served between 1998 and 2003 and filed at CHRO or EEOC, the Connecticut Superior Court, or United States District Court for the District of Connecticut.  On November 17, 2004, defendant submitted an affidavit from David Barberino attesting that there have been no cases, aside from the present, which allege age discrimination against Barberino Brothers, Incorporated.  The affidavit is attached as Exhibit "C" to document No. 80.  The foregoing was concurrently submitted to the court.  (See, annexed Exhibit "B", copy of cover letter).

Production Request No. 5 sought material personally identifiable as to a former employee at Barberino Brothers, Michael Bosta.  In response, defendant moved for a protective order, which has been docketed at the clerk's office as number 80.

Although the current motion (11/24/04, #84) claims that the defendant has failed to respond to request for production No. 4, no specific application was made in the underlying September 14, 2004

(#58) motion with respect to Request No. 4.  In any event, Request No. 4 sought "all documents relating to defendant's three special defenses", essentially a catch all demand not designed to elicit any substantively different information than have been sought in the remainder of plaintiff's interrogatories and request for production.  As previously attested, all responsive documents, save the Affidavit of David Barberino and the material which is subject of the defendant's pending motion for protective order, have been produced, and were submitted to Attorney McDermott on December 29, 2003.  At no point has Attorney McDermott raised an issue as to the completeness of the response.  Defendant should not be held responsible for documents already within plaintiff's files. Further, defendant should not be compelled to produce documents which it  previously produced.

For the foregoing reasons, defendant requests that this court
deny plaintiff's motion for sanctions.


                              Respectfully submitted,
                              THE DEFENDANT
                              BARBERINO BROTHERS, INCORPORATED

                    By:   _____
                              Anthony B. Corleto, Esq. (CT 13520)
                              Anupam R. Pertab, Esq.   (CT 26256)
                              CORLETO & ASSOCIATES, P.C.
                              107 Mill Plain Road, Suite 200
                              Danbury, CT 06811
                              (203)790-7540
                              Juris No. 412229

ORDER

The foregoing Objection to Motion for Sanctions having come before the Court, it is hereby ordered:

SUSTAINED:_____

OVERRULED:_____

BY THE COURT

_____
JUDGE/CLERK OF THE COURT

CERTIFICATION

It is hereby certified that a copy of the foregoing **OBJECTION TO MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH 9/14/04 MOTION TO COMPEL [DOC. #84]** was mailed postage pre-paid, to all counsel of record, pro se parties of record and non appearing parties on December 14, 2004 as follows:

> Mr. Stephen Ceslik (Via DHL)
> 478 Milford Point Rd. Apt. A
> Milford, CT 06460

Anupam R. Pertab

T:\Lex0114CT\Suit\pld.35.wpd

**EXHIBIT "A"**

78

Rul Ord

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

STEPHEN CESLIK                    :                    2004 NOV 10 P 12: 15

                Plaintiff,    :    NO.    3:03cv450 (MRK) U.S. DISTRICT COURT
                                              NEW HAVEN, CT

v.                                :

                                          RECEIVED

BARBERINO BROTHERS, INC.          :

                Defendant.    :


## RULING AND ORDER


Presently pending before the Court are pro se Plaintiff's (1) Motion for Contempt for

Failure to Deliver File [doc. #54]; (2) Motion for Sanctions Regarding Discovery [doc. #57]; (3)

Motion to Compel Production of Documents [doc. #58]; and (4) Motion to Require Court

Reporter to Provide Information about Transcript [doc. #63]. For the reasons stated below, the

pending motions are all DENIED.

### 1.    Motion for Contempt [doc. #54]

Plaintiff's motion for contempt arises from Plaintiff's belief that his former attorney,

Leonard A. McDermott of Employee Advocates, LLC, has failed to fully comply with this

Court's Order dated July 29, 2004 [doc. #48]. This Order stated, in relevant part: "The Court

GRANTS Plaintiff's Motion to Deliver File [doc. # 41] to the extent that Mr. McDermott has not

already delivered the file, and its contents, to Plaintiff." At current count, Plaintiff has submitted

four supplements to his original motion for contempt [docs. #55, 61, 65, 66]. Mr. McDermott

has informed this Court that he has delivered the entire file and its contents to Plaintiff and has

-1-

fulfilled all of Plaintiff's requests regarding Plaintiff's file to the fullest extent possible. At this point, the Court is unwilling to divert resources from the case before this Court to resolve what the Court believes is a peripheral dispute between Plaintiff and his former counsel. Therefore, Plaintiff's Motion for Contempt for Failure to Deliver File [doc. #54] is DENIED. If Plaintiff feels that Mr. McDermott has not provided Plaintiff with all the materials to which he is entitled, Plaintiff will need to take this issue up with either the Federal or State grievance committees, as this Court has previously informed Plaintiff both in its Order dated July 29, 2004 [doc. #48] and at oral argument on September 13, 2004. So far as this Court is concerned, this matter is closed.

2.    **Motion for Sanctions [doc. #57]**

According to Plaintiff's motion for sanctions, Defendant apparently responded to Plaintiff's first set of interrogatories on December 29, 2003, yet failed to do so under oath. Plaintiff has filed a motion for sanctions against Defendant for this omission. However, before imposing sanctions on Defendant for what may be an innocent omission on its part, the Court hereby orders Defendant to show cause **by November 19, 2004** why it should not resubmit its response to Plaintiff's first set of interrogatories under oath. If Defendant resubmits its responses to Plaintiff's interrogatories under oath, Defendant should notify the Court of this re-submission by a supplemental submission. If Defendant chooses not to file its responses under oath, Plaintiff may renew his motion. Therefore, Plaintiff's Motion for Sanctions Regarding Discovery [doc. #57] is DENIED without prejudice to renewal after Defendant's response to this Court's order to show cause.

3.    **Motion to Compel [doc. #58]**

According to Plaintiff's motion to compel, in Defendant's Responses to Plaintiff's Request

-2-

for Production of Documents, Defendant (1) failed to include attachments referenced therein, and (2) failed to produce in a timely fashion certain documents that Defendant promised it would produce upon receipt. Plaintiff has filed a motion to compel production of these documents [doc. #58], and has filed a supplement to his motion to compel [doc. #60] that not only requests additional documents, but also appears to request sanctions against Defendant. However, before imposing sanctions on Defendant for what may be an innocent omission on its part, this Court hereby orders Defendant to show cause **by November 19, 2004** why it has not yet produced the documents to which Plaintiff has referred in his motion to compel [doc. #58] and his supplement to his motion to compel [doc. #60]. Therefore, Plaintiff's Motion to Compel Production of Documents [doc. #58] is DENIED without prejudice to renewal after Defendant's response to this Court's order to show cause.

4.    **Motion for Information about Transcript [doc. #63]**

Because this Court granted Plaintiff's Motion for Advice Regarding Transcript [doc. #76] in its Order dated November 2, 2004 [doc. #77], Plaintiff's currently pending Motion to Require Court Reporter to Provide Information about Transcript [doc. #63] is DENIED as moot.

IT IS SO ORDERED.

Mark R. Kravitz
United States District Judge

Dated in New Haven, Connecticut: <u>November 9, 2004</u>

-3-

EXHIBIT "B"

# CORLETO & ASSOCIATES, P.C.
## ATTORNEYS & COUNSELORS

107 MILL PLAIN ROAD
SUITE 200
DANBURY, CONNECTICUT 06811-6100
TELEPHONE (203) 790-7540
FACSIMILE (203) 790-7536

REPLY TO:

Danbury

WWW.CORLETOFIRM.COM

50 MAIN STREET
SUITE 1000, PMB 1011
WHITE PLAINS, NEW YORK 10606
TELEPHONE (914) 762-2610
FACSIMILE (914) 762-2651

WRITER'S DIRECT:

203 790-7540

November 17, 2004


**VIA DHL**
Office of the Clerk
United States District Court
141 Church Street
New Haven, CT 06510

> Re:  Ceslik v. Barberino Brothers
>      Civil Action No. 3:03 CV 0450(MRK)
>      <u>Our File</u>: <u>LEX.0114CT</u>

Dear Sir/Madam:

Enclosed and hereby filed on behalf of defendant, Barberino Brothers, Inc. are the following:

1.    Defendant's Supplemental Submission Re: Motion for Sanctions [#57];

2.    Barberino Brothers Motion for a Protective Order and Response to Court's Order to Show Cause [#58]; and

3.    Defendant's Response to Plaintiff's "Supplement to Motion to Compel Production of Documents" [#60].

Also enclosed is a disk containing the foregoing documents in pdf version.

Office of the Clerk
November 17, 2004
Page 2

    Thank you for your courtesy and attention to this matter.
Should you have any questions or concerns, please do not hesitate
to contact me.

                    Respectfully submitted,

                CORLETO & ASSOCIATES, P.C.

                    *Anupam - Pertab*

                    Anupam R. Pertab

ARP/gvb
Enclosures:    outlined above

cc:  Mr. Stephen Ceslik (Via DHL)
     478 Milford Point Road
     Milford, CT 06460

T:\Lex0114CT\Suit\ltr.26.wpd