# NOTICE OF MANUAL FILING

**Instructions**: Where noted, counsel should insert the names of the plaintiff(s) and defendant(s), the name of the party filing the Notice, the appropriate case number and the title of the document. The appropriate box should be checked identifying the reason why the document is being filed in paper. All documents filed in paper pursuant to a Notice of Manual Filing must be accompanied by a computer disk containing a PDF version of the document being filed unless the document falls within the excepted documents list contained in these policies and procedures.

| | | |
|---|---|---|
| Plaintiff, **STEPHEN CESLIK** | ) | Case No. **3:03 CV 0450 (MRK)** |
| | ) | Hon. Mark R. Kravitz |
| v. | ) | |
| | ) | |
| Defendant, **BARBERINO BROS., INC.** | ) | **Notice of Manual Filing** |

Please take notice that **Barberino Bros., Inc.** has manually filed the **"Reply to Plaintiff's Objection to Defendant's 11/17/04 Motion for Protective Order [Doc.#80].**

This document has not been filed electronically because:

[  ]  the document (or thing) cannot be converted to an electronic format

[**X**] ]  the electronic file size of the document exceeds 1.5 mb

[  ]  the document (or thing) is filed under seal pursuant to the local rules of the court

[  ]  The document (or thing) is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g., Motion for Expert or Other Services Pursuant to 18 U.S.C. § 3006A]

[  ]  Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

The document has been manually served on all parties.

Respectfully submitted,

*Anupam Pertab*

Anthony B. Corleto, Esq. (CT 13520)
Anupam R. Pertab, Esq. (CT 26256)
CORLETO & ASSOCIATES, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811
Tel: (203) 790-7540
Fax: (203) 790-7536
tony@corletofirm.com

Rev 12/1/04