**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 FEB 14 P 3:18

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| STEPHEN CESLIK | CIVIL ACTION NO. |
| Plaintiff | 3:03 CV 0450 (MRK) |
| v. | |
| BARBERINO BROTHERS, INC. | FEBRUARY 11, 2005 |
| Defendant | |

**MOTION TO CORRECT TRANSCRIPT**

The Court stated in its Order dated November 2, 2004 (copy attached) that I should contact the Court by motion or letter if any further difficulties arise in obtaining transcripts in this case.

Once again, the court reporter, Thea Finklestein, is not cooperating with me. On December 27, 2004, I wrote to her to request that she review a particular part of the 9/13/04 hearing transcript and make a correction. Not hearing from her, I wrote a follow-up letter on January 17, 2005. (Copies of both letters attached.)

I have still not heard from her at all.

I request that the Court order the court reporter to review her notes and either issue a

corrected transcript, or advise me of her reasons for concluding that the changes I cited should not be made.

Dated at Milford, CT this February 11, 2005.

THE PLAINTIFF

_____
Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on February 11, 2005:

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

_____
Stephen Ceslik, Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV -3  A 7 59
U.S. DISTRICT COURT
NEW HAVEN, CT

STEPHEN CESLIK

     Plaintiff,  : NO. 3:03cv450 (MRK)

v.

BARBERINO BROTHERS, INC.

     Defendants.

## ORDER

Plaintiff's Motion For Advice Regarding Transcript [# 76] is GRANTED. The Court has provided the Court Reporter with a copy of Plaintiff's Motion and has been advised that the Court Reporter will provide Plaintiff with a copy of the requested transcript within two business days of receiving payment of the estimated costs of preparing the transcript. The Court is further advised that the estimated cost of the transcript, including tax, is $ 122.43. If Plaintiff should encounter any further difficulties obtaining a transcript of any court proceeding in this case, Plaintiff is encouraged to contact the Court either by motion or letter (with a service copy to Defendant) as soon as possible.

IT IS SO ORDERED.

Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: November 2, 2004.

478 Milford Point Road
Milford, CT 06460
December 27, 2004

Thea Finkelstein, RMR, CRR
Court Clerk's Office
141 Church Street
New Haven, CT 06510

  RE: Stephen Ceslik vs. Barberino Brothers
     Transcription of 9/13/04 Court Hearing

Dear Ms. Finkelstein:

With regard to the transcript of the above hearing that you forwarded to me, I would appreciate your reviewing one section that I believe is not accurate.

First, on page 20, the first full paragraph, consisting of five lines spoken by Attorney Corleto, appears out of place. Second, in line 10 on the same page, the word spoken was "productive" and not "protective."

I would appreciate your reviewing your notes and making the appropriate corrections. Thank you.

            Very truly yours,

            Stephen Ceslik
            (203) 874-2523

Certified Letter
7003 2260 0002 1400 7802

Thea Finkelstein, RMR, CRR            Jan. 17, 2005
Court Clerk's Office
U.S. District Court
141 Church St.
New Haven, Ct. 06510

RE: Steve Ceslik vs. Barberino Bros.
Case #3:03CV0450(MRK)
Transcription of 9/13/04 Court Hearing

Dear Ms. Finkelstein:

On Dec. 27, 2004 I wrote to you requesting that you make a correction to the 9/13/04 transcript. (Copy of the letter is attached).
I asked that you correct the word "protective" to "productive". To date, I have had no response from you.

Would you kindly send me a certified corrected page 20.

Very truly yours,

Stephen Ceslik

Attachment

---

Court Clerk's Office
U.S. District Court
141 Church ST.
New Haven, Ct. 06510

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 2260 0002 1400 7802

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509