UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN CESLIK | : | |
| Plaintiff, | : | NO.   3:03cv450 (MRK) |
| v. | : | |
| BARBERINO BROTHERS, INC. | : | |
| Defendant. | : | |

**ORDER**

    Pending before the Court is Plaintiff's Motion to Correct Transcript [doc. # 92], in which he seeks correction of the transcript of a proceeding before the Court on September 13, 2004. The Court has been informed by the Court Reporter that she changed the word "protective" to "productive" as requested by Plaintiff and sent him a copy of a Corrected Page. The Court has asked the Court Reporter to send Plaintiff another copy of the Corrected Page as it seems from the Motion that Plaintiff may not have received a copy. In view of the correction made to the transcript, the Court DENIES Plaintiff's Motion to Correct Transcript [doc. # 92] as moot.

                                     IT IS SO ORDERED,


                                /s/   Mark R. Kravitz
                                  United States District Judge

Dated at New Haven, Connecticut: February 24, 2005