FILED

2005 FEB 25 P 1:59

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN CESLIK                                CIVIL ACTION NO.

    Plaintiff                                     3:03 CV 0450 (MRK)

v.

BARBERINO BROTHERS, INC.                      FEBRUARY 24, 2005

    Defendant

## CERTIFICATION

This will certify that I mailed a copy of the attached Order Re: Disclosure Statement to

the following on February 24, 2005:

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

                          The Plaintiff

                          _____
                          Stephen Ceslik, PRO SE
                          478 Milford Point Road
                          Milford, CT 06460
                          (203) 874-2523

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

### ORDER RE: DISCLOSURE STATEMENT

ANY NONGOVERNMENTAL CORPORATE PARTY TO AN ACTION IN THIS COURT SHALL FILE A STATEMENT IDENTIFYING ALL ITS PARENT CORPORATIONS AND LISTING ANY PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK. A PARTY SHALL FILE THE STATEMENT WITH ITS INITIAL PLEADING FILED IN THE COURT AND SHALL SUPPLEMENT THE STATEMENT WITHIN A REASONABLE TIME OF ANY CHANGE IN THE INFORMATION. COUNSEL SHALL APPEND A CERTIFICATE OF SERVICE TO THE STATEMENT IN COMPLIANCE WITH LOCAL RULE 5(b).

COUNSEL FOR PLAINTIFF OR REMOVING DEFENDANT SHALL BE RESPONSIBLE FOR SERVING A COPY OF THIS ORDER UPON ALL PARTIES TO THE ACTION.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Revised 1/2/03