UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN CESLIK, | : | Civil Action No. |
| | : | 3:03 CV 0450(MRK) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| BARBERINO BROTHERS, INCORPORATED | : | |
| | : | |
| Defendant | : | February 25, 2005 |

**OBJECTION TO PLAINTIFF'S MOTION TO CORRECT TRANSCRIPT**

The Defendant, BARBERINO BROTHERS, INC., by its attorneys Corleto & Associates, P.C. hereby objects to plaintiff's February 11, 2005 Motion to Correct a September 30, 2004 Transcript in court proceeding.

RELEVANT FACTS

On or about June 28, 2004, plaintiff moved to disqualify this firm as defendant's counsel. After a full briefing, on September 13, 2004, oral argument was heard before the Honorable Judge Mark Kravitz. Your Honor denied plaintiff's motion that day, from the bench.

Subsequently, plaintiff moved the court for an Order directing the court reporter to provide a transcript of the 9/13/04 hearing.

By Order dated November 2, 2004, the court advised Mr. Ceslik that the reporter would provide the transcript.

Plaintiff now seeks an Order directing the court reporter, Thea Finkelstein, to make "corrections" that he has requested, or in the alternative, to advise him of her reasons for not "correcting" the 9/13/04 transcript.

ARGUMENT

Defendant opposes and objects to Plaintiff's Motion to Correct Transcript for several reasons. As an initial matter, the issue resolved at the 9/13/04 hearing is purely interlocutory and not appealable. Thus, the need for any "correction" is doubtful as that record will not be in evidence at trial, or as part of an appeal.

Further, defendant has not been provided with a copy of the 9/13/04 transcript that plaintiff seeks to "correct", and therefore, is not able to determine if any "correction" is warranted.

Moreover, until Mr. Ceslik brought this motion, defendant was not aware that plaintiff sought "correction" of the 9/13/04

transcript as plaintiff failed to provide defendant with copies of his letters to Ms. Finkelstein.

Lastly, plaintiff's request is without basis. Mr. Ceslik essentially asks that an official court transcript, transcribed by a certified court reporter, be amended to conform with his version of history, without providing any reason or justification. Plaintiff wants this Court to accept his recollection of what was spoken, in place of the contemporaneous recording of a certified court reporter.

For the foregoing reasons, defendant respectfully requests that this Court deny plaintiff's Motion to Correct the 9/13/04 hearing transcript.

                                     Respectfully submitted,

                                     THE DEFENDANT
                                     BARBERINO BROTHERS, INCORPORATED

By: _____
    Anthony B. Corleto, Esq.  (CT 13520)
    Anupam R. Pertab, Esq. (CT 26256)
    CORLETO & ASSOCIATES, P.C.
    107 Mill Plain Road, Suite 200
    Danbury, CT 06811
    (203)790-7540
    Juris No. 412229

## ORDER

The foregoing Objection to Plaintiff's Motion to Correct Transcript having come before the Court, IT IS HEREBY ORDERED:

SUSTAINED: _____

OVERRULED: _____

BY THE COURT

_____
JUDGE/CLERK

CERTIFICATION

It is hereby certified that a copy of the foregoing **OBJECTION TO PLAINTIFF'S MOTION TO CORRECT TRANSCRIPT** was mailed postage pre-paid, to all counsel of record, pro se parties of record and non appearing parties on February 25, 2005 as follows:

Stephen Ceslik (Pro se)  (Via DHL)
478 Milford Point Road
Milford CT 06460


_____
Anthony B. Corleto

T:\Lex0114CT\Suit\pld.38.wpd

5