UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN CESLIK | CIVIL ACTION NO. |
| Plaintiff | 3:03 CV 0450 (MRK) |
| v. | |
| BARBERINO BROTHERS, INC. | MARCH 10, 2005 |
| Defendant | |

### MOTION TO PROVIDE CORRECTED TRANSCRIPT PAGE AND APPROPRIATE CERTIFICATION

The Court stated in its Order dated February 24, 2005 (#93) that the court reporter had corrected a transcript page, and requested the court reporter to send "another copy" of the "Corrected Page" to the plaintiff. To date, neither copy has been received by the plaintiff.

The plaintiff requests that the court order the court reporter to send a certified copy of the corrected page 20 by certified mail, return receipt requested. The plaintiff represents that he will immediately reimburse the court reporter for the cost of doing this.

Dated at Milford, CT this March 10, 2005.

THE PLAINTIFF

*/s/ Stephen Ceslik*

Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

## CERTIFICATION

This will certify that I mailed a copy of the foregoing motion and the attachments to the following on March 10, 2005:

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

*/s/ Stephen Ceslik*

Stephen Ceslik, Pro Se