478 Milford Point Road
Milford, CT 06460
November 7, 2005

Hon. Mark R. Kravitz
United States District Court
141 Church Street
New Haven, CT 06510

    RE:   Ceslik vs. Barberino Brothers, Inc.
           3:03 CV 0450 (MRK)

Dear Judge Kravitz:

In response to a complaint No. 05 GP 11 (JBA) that I filed with the Grievance Committee against Attorneys Anthony B. Corleto and Lori A. Eaton, the Committee issued a "Corrected Recommendation dated October 12, 2005 (copy attached.) It recommended the dismissal of my complaint, but stated that, "the claims [Ceslik] has made in this Grievance proceeding are more properly addressed in the underlying lawsuit." In other words, the Grievance Committee threw the matter back to this court.

It is not true that there is insufficient evidence of misconduct. The attached materials demonstrate five lies told right in Your Honor's face on September 13, 2004 . These lies are in addition to all the issues addressed in my grievance which mirrors the Motion to Disqualify Corleto filed in the above case. I have attached the exhibits related to the lies Corleto told Your Honor. Attorney Corleto has shown no respect for any tribunal and has put himself above the law because no one stops him.

I request that you take appropriate disciplinary action against Attorney Anthony B. Corleto.

                                          Very truly yours,

                                          Stephen Ceslik
                                          203-874-2523

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE ANTHONY B. CORLETO<br>AND LORI A. EATON | : No. 05 GP 11 (JBA)<br>:<br>:<br>:<br>:<br>: OCTOBER 12, 2005<br>:<br>: |

## CORRECTED RECOMMENDATION OF GRIEVANCE COMMITTEE

This matter came before the Grievance Committee ("the Committee") upon a complaint filed by Stephen Ceslik against Attorneys Anthony B. Corleto and Lori A. Eaton.

The Committee considered this matter at its hearing on October 3, 2005. Mr. Ceslik and Attorneys Corleto and Eaton were invited to appear and did appear and testify.[1] The Committee reviewed Mr. Ceslik's complaint and supplemental submissions as well as submissions by Attorneys Corleto and Eaton.

The complaint and supplemental submissions by Mr. Ceslik do not set forth any claim of ethical misconduct which can be sustained by clear and convincing evidence. Indeed, the claims he has made in this Grievance proceeding are more properly addressed in the underlying lawsuit.

Based upon its review of all of the submissions, it is the recommendation of the Grievance Committee that this matter be dismissed.

---

[1] Subsequent to the Committee's hearing on this matter, Mr. Ceslik submitted a "Supplement to Grievance" dated October 5, 2005. It involves a correction to the transcript of a September 13, 2004 hearing before Judge Kravitz. The Committee does not believe that the "Supplement to Grievance" sets forth any claim of ethical misconduct which can be sustained by clear and convincing evidence.

Dated at Stamford, Connecticut, this 12th day of October, 2005.

THE GRIEVANCE COMMITTEE FOR THE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

By _/s/ Stanley Twardy_____

Stanley A. Twardy, Jr., Its Counsel
Its Counsel
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901
Telephone:  203-977-7300
Facsimile:  203-977-7301
satwardy@dbh.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon, to:

Peter W. Benner, Chairman
Litigation Alternatives
433 South Main Street, Suite 213
West Hartford, CT 06110

Ms. Victoria C. Minor
Chief Deputy Clerk
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

Stephen Ceslik
478 Milford Point Road, Apt. A
Milford, CT 06460

Anthony B. Corleto, Esq.
Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811

Lori A. Eaton, Esq.
Lustig & Brown, LLP
1177 Summer Street
Stamford, CT 06905

_____
Stanley A. Twardy, Jr.

FEDERAL DISTRICT COURT
DISTRICT OF CONNECTICUT


COMPLAINT AGAINST ATTORNEY


| | |
|---|---|
| Complainant's name: | Stephen M. Ceslik |
| Complainant's address: | 478 Milford Point Road<br>Milford, CT 06460<br>(203) 874-2523 |
| Attorneys complained about: | Anthony B. Corleto of Corleto & Associates, PC<br>107 Mill Plain Road, Suite 200<br>Danbury, CT 06811<br>(203) 790-7540<br><br>Lori A. Eaton of Corleto & Associates, PC<br>107 Mill Plain Road, Suite 200<br>Danbury, CT 06811<br>(203) 790-7540 |
| Pending action: | Some of the actions complained about concern the following case pending before this court: Ceslik vs. Barberino Brothers, Inc., Civil Action No. 3:03 CV 0405 (MRK) pending before Judge Mark Kravitz |
| Nature of Complaint: | See attached Complaint. Two attorneys are the subject of one complaint because their unethical conduct was joint and combined in these matters |

Dated at Milford, Connecticut this April 5, 2005.

X*[signature]*
Stephen M. Ceslik
478 Milford Point Road
Milford, CT 06460

## VERIFICATION

### PLEASE READ THIS FORM CAREFULLY.
### CHOOSE ONLY ONE FORM OF VERIFICATION.

---

(1) Check this box and sign the form. **YOU DO NOT NEED A NOTARY PUBLIC IF YOU CHECK THIS BOX.**

[X]   I declare under penalty of perjury that:

(a) I have read Rule 83.2 of the Local Civil Rules of the United States District Court for the District of Connecticut, governing complaints against attorneys, and

(b) The statements made in this complaint (including attachments [if appropriate]) are true and correct to the best of my knowledge.

Executed on _April 5, 2005_    _Stephen M Ceslik_
            (Date)                    (Signature)
                              Stephen M. Ceslik

---

(2) Check this box and **SIGN THE FORM IN THE PRESENCE OF A NOTARY PUBLIC.**

[ ]   I swear (affirm) that:

(a) I have read Rule 83.2 of the Local Civil Rules of the United States District Court for the District of Connecticut, governing complaints against attorneys, and

(b) The statements made in this complaint (including attachments [if appropriate]) are true and correct to the best of my knowledge.

Executed on _____  _____
            (Date)                  (Signature)

Sworn and subscribed to before me on _____.

My commission expires on: _____

(Notary Public Signature) _____
                        (Seal)

# ANTHONY B. CORLETO'S

# LIES TO

# FEDERAL JUDGE MARK KRAVITZ

At the 9/13/04 hearing before Judge Mark Kravitz in the U.S. District Court, Attorney Corleto lied several times, as follows:

1) Attorney Corleto lied about the origination of the 5/7/02 transcript that he supplied to the reporter for transcription. He told the court that he supplied a tape he got from me to Brandon Reporting Service. In fact, he supplied a tape that <u>he obtained from CHRO</u>. See Exh. 2 (9/13/04 transcript, page 23, lines 10-13. Corleto told the judge that he gave Brandon my tapes to have the 5/7/02 transcript made. Of course, this was a blatant lie to the judge. Corleto, in fact, obtained copies from CHRO and supplied copies of these CHRO tapes to Brandon Smith Reporting. See Exh. 6 (Defendant's Response to Motion to Compel.) In this Exhibit, he tells the court he got the tapes he gave Brandon Reporting from CHRO. In his 8/10/04 Affidavit, in #3, Attorney Corleto references the creation of the 5/7/02 transcript and swears to the truth and accuracy of the transcript. See Exh. 4, Exh. 3 & Exh 8. All show Corleto getting the tape from CHRO, and giving that tape to Brandon to make the transcript.

-29-

2) Attorney Corleto lied about the chain of custody of the tapes used, to try to shift the blame for any inaccuracies to me. See Exh. 2, page 23, lines 10-12. He told Judge Kravitz I supplied him with the tapes he gave to Brandon Reporting to have the 5/7/02 transcript made. As I explained in #1 above, the truth is that Corleto got the tapes from CHRO and gave them to Brandon Smith Reporting. See Exh. 6 (Defendant's Response to Motion to Compel), where the true source of the tapes given to Brandon Smith Reporting (that is, from CHRO) is shown by Corleto's own evidence. Corleto's own evidence proves he lied to the judge.

3) Judge Kravitz asked Corleto to get the transcript corrected so that Ceslik could use it at trial for impeachment. Exh. 2, page 19, lines 22-25, & page 20, lines 1-2. Corleto lied to the judge and stated it would be of no value to correct the 5/7/02 transcript. Attorney Corleto told the court it would not be productive to have the reporter correct the transcript. How could it not be productive to portray the truth, ESPECIALLY WHEN Corleto paid $425.06 to have the transcript produced? See Exh. 2; page 20, lines 9-23, where Corleto said,

***"No, Your Honor. I'm not sure that it would be a productive exercise . . ."***

The reason it would not be productive, from Mr. Corleto's viewpoint, is that having the

-30-

transcript corrected would reveal all the fabrications he orchestrated. Corleto continues to deceive the court regarding producing a legitimate transcript.

4) Attorney Corleto lied to the court that the 5/7/02 testimony was not given under oath, when in fact it was and he knew it was given under oath. His firm attended the hearing. See Exh. 2, page 19, lines 11-21. His transcript and 5/7/02 tape <u>both show that all the witnesses testified at the hearing under oath</u>. See Exh. 5 (5/7/02 tape.) At the beginning of the tape, Attorney Susan Hom administered the oath to all witnesses. See Exh. 9 (5/7/02 transcript), page 3, lines 13-18.

Corleto's lying to the court was not an accident or mistake. The lies to the judge are material. They further Attorney Corleto's theme of trying to cover up, distance himself, shift the blame, and neutralize the previous distortions and lies initiated by him and his firm to try to defend himself against my 6/24/04 Motion to disqualify, not with the truth but by deception and deceit through the use of deliberate, premeditated lies.

5. Corleto lied by telling the judge that errors in the transcript were normal and acceptable, even at the highest level of professional competence in transcription. The Judge disagreed and said no, they are not normal and acceptable error rates. See Exh. 2, page 20, lines 3-8. Corleto's lie was an effort to play down the 90 falsifications in the

transcript and lay blame on Brandon Reporting Service, who does not have any knowledge of the facts of the case and therefore could not have strategically made the 90 falsifications without Corleto's guidance and input.

It is amazing that Corleto showed no fear when he boldly lied to Federal Judge Mark Kravitz.

## SUMMARY

It is significant that the defendant and their counsel have gone to such incredible lengths to cover up age discrimination and violate the plaintiff's civil rights and to defend against their criminal and unethical conduct described in my 6/24/04 Motion to Disqualify (See Exh. 1) and this Complaint to the Grievance Committee.

*I am raising issues of ethical and criminal conduct and fraud on the Federal Court and CHRO in suborning perjury, fabricating transcripts and raising wholly fabricated defenses. The rules and laws call for punishment of Anthony Corleto and Lori A. Eaton by your Committee.*

## REASON FOR FALSIFYING TRANSCRIPTS: THE ONLY WAY TO COVER UP PREVIOUS LIES AND THE ONLY WAY TO ATTEMPT NOT GETTING CAUGHT SUBORNING PERJURY

Deliberately altering the transcripts enables Corleto to argue that the official tape recordings of the CHRO 5/7/02 hearing were not important and did not contradict later positions, resulting in less serious criminal or ethical violations. Additionally, without falsifying the transcripts, Corleto could not have responded to my 6/24/04 Motion to Disqualify that he filed in the Federal Court.

I've given you several examples of the 18 Lies and the reasons why Corleto falsified the transcript in the manner he did in order to dishonestly circumvent the evidence of the 18 Lies. There is no point in restating all the 18 proven Lies (Exh. 1), as they speak for themselves. Judge Kravitz reviewed all of them before referring me to you. I request that you review all of them to get the overall picture. What is new now is that Attorney Corleto has attempted to dilute these lies with deliberately falsified transcripts that he filed in Federal Court to that end.

Corleto and Barberino would not be lying like this unless they were guilty of age discrimination and then subsequently guilty of trying to cover it up. The odds that the 90 falsifications to the 5/7/02 transcript as a whole were not orchestrated by Attorney Corleto is as likely as a DNA result of one in 8 billion being wrong. The falsifications cannot be

-33-

explained by the court reporter doing a careless job because the strategic placement of the falsifications required <u>extensive knowledge of the case</u>, to rebut my 6/24/04 Motion to Disqualify (The 18 Lies), which only Corleto and Eaton had knowledge of. These were not 90 random mistakes. What they represent is 90 careful, premeditated and deliberate misstatements of fact to distort the CHRO record and defend against my Motion to Disqualify. Brandon Smith Reporting prepared two other transcripts in this case, both of which were lengthy (Dr. Klugman's 83-page deposition and my 103-page deposition. Both had virtually <u>NO</u> errors, and Brandon's work was excellent.

I have identified and proven the crimes and unethical conduct by Attorneys Corleto and Eaton, using their own evidence and their own witnesses' sworn testimony, and on 9/13/04, after careful review by the Court, Federal Court Judge Mark Kravitz directed me to bring these violations to you. It is now up to you to punish Attorney Corleto, Attorney Eaton, and their law firm to the full extent of the law, as their conduct in this case is a disgrace to the legal profession and ALL citizens of the United States, and by any definition unprofessional and most of all illegal. It should not and cannot be tolerated.

This blatant criminal conduct by these two attorneys, Corleto and Eaton, should result in the loss of their licenses to practice law and prison time to deter this kind of criminal activity.