*FILED*

UNITED STATES DISTRICT COURT SEPT 23  11 52 AM '04
DISTRICT OF CONNECTICUT

U. S. DISTRICT
NEW HAVEN COURT
CONN.

STEPHEN CESLIK

    Plaintiff

CIVIL ACTION NO.

3:03 CV 0450 (MRK)

v.

BARBERINO BROTHERS, INC.

    Defendant

SEPTEMBER 23, 2004

## SUPPLEMENT TO
## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The ~~defendant~~ *Plaintiff* filed a Motion to Compel Production of Documents dated September 14, 2004, which this motion supplements.

Among the documents not supplied by the defendant is a copy of the tape recording of the 5/7/02 CHRO hearing that Attorney Corleto stated he received from CHRO in July or August 2004 and which he supplied to Brandon Smith Reporting Service upon which the transcript with numerous falsities was based.   I request as a further remedy that I be allowed an opportunity to listen to the tape he received from CHRO at a time and place of the defendant's choosing, and that a copy of that tape be supplied to me.   This is important to trace how the falsified transcript came to be prepared.   Even if I could obtain a copy directly from CHRO, which for two years I have not been able to do, the tape used by Attorney Corleto is independently relevant to determine its role in the

EXH 6

production of the falsified transcript.   This is key evidence in the case because the law

permits me to show that the defendant has tried to fashion false defenses, which gives rise

to a presumption that the defendant acted illegally when they discriminated against me.


I further request, as an additional remedy, that the defendant be barred from offering any

evidence to contradict any evidence I offer regarding the manner in which the false

transcript was prepared or the motive for providing said false transcript, and that I
be awarded costs,

Dated at Milford, CT this September 23, 2004.

<div style="margin-left: 40%;">

THE PLAINTIFF

*Stephen Ceslik*

Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

</div>

<div style="text-align: center;">

CERTIFICATION

</div>

This will certify that I mailed a copy of the foregoing motion and the attachments to the
following on September 23, 2004:

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

*Stephen Ceslik*

Stephen Ceslik, Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN CESLIK,                      :   Civil Action No.
                                     :   3:03 CV 0450(MRK)
                    Plaintiff,       :
            vs.                      :
                                     :
BARBERINO BROTHERS, INCORPORATED     :
                                     :
                    Defendant        :   November 17, 2004

## DEFENDANT'S RESPONSE TO PLAINTIFF'S "SUPPLEMENT TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS" [#60]

The defendant, BARBERINO BROTHERS, INC., through its counsel, Corleto & Associates, P.C. hereby responds to plaintiff's September 23, 2004 "Supplement to Motion to Compel Production of Documents" [#60].

Defendant has forwarded to plaintiff a copy of CHRO's audio cassette recording of the 5/7/02 hearing.  (See, Exhibit "A"). Defendant received the cassette from CHRO, in response to a freedom of information request, on July 22, 2004.  Defendant also advised plaintiff that it declines plaintiff's request to attend a joint session to listen to the 5/7/02 audio cassette  (See, Exhibit "A").

Defendant objects to that branch of plaintiff's motion which seeks to bar evidence contradicting the alleged "falsification of the transcript".  The request is wholly without basis and hardly

merits a response. Simply put, barring defendant from offering any evidence to disprove Ceslik's latest unsubstantiated conspiracy theory would be a grave injustice, as there has been no evidence, circumstantial or otherwise, suggesting that the transcript and/or tape was falsified. Accordingly, defendant respectfully asks this court to deny plaintiff's request.

Respectfully submitted,

THE DEFENDANT
BARBERINO BROTHERS, INCORPORATED

By: _Anupam Pertab_____
Anthony B. Corleto, Esq.    (CT 13520)
Anupam R. Pertab, Esq.    (CT 26256)
CORLETO & ASSOCIATES, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811
(203)790-7540
Juris No. 412229

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN CESLIK

    Plaintiff

v.

BARBERINO BROTHERS, INC.

    Defendant

CIVIL ACTION NO.

3:03 CV 0450 (MRK)

NOVEMBER 24, 2004

FILED

U.S. DISTRICT COURT
NEW HAVEN, CT
2004 NOV 29 P 1: 32

## REPLY TO DEFENDANT'S 11/17/04 RESPONSE TO PLAINTIFF'S 9/23/04 SUPPLEMENT TO MOTION TO COMPEL (#60)

The plaintiff hereby acknowledges receipt from Attorney Corleto's office of a copy of

CHRO's audio cassette recording of the 5/7/02 hearing, and also a copy of the audio

cassette recording of the 4/13/01 telephone conversation between Ceslik and Basta, that

Attorney Corleto's office states he obtained from CHRO.

THE PLAINTIFF

Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

Re: Ceslik v. Barbarino Brothers

5/7/2002                                                    Fact Finding Conference

Page 1

STATE OF CONNECTICUT

COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

- - - - - - - - - - - - - - x
                              :
STEPHEN CESLIK,               :
          Complainant,        :
                              :    CHRO No. 0130615
          vs.                 :    2002
                              :
BARBARINO BROTHERS,           :    May 7, 2000
          Respondent.         :
                              :
- - - - - - - - - - - - - - x

RECEIVED AUG 0 4 2004
LEX.0114 CT
ABC, ARP

FACT FINDING CONFERENCE

(Transcription from Cassette Tape Recording)

Held Before:

          SUSANNE HOM, Investigator

BRANDON REPORTING SERVICE
44 Capitol Avenue
Hartford, CT  06106
860.549.1850

EXH
9

91e72306-00cf-415c-9b84-8daf0aa7867e

Re: Ceslik v. Barbarino Brothers

5/7/2002                                                    Fact Finding Conference

**Page 2**

1    APPEARANCES:

2        For the Complainant:

3            STEPHEN CESLIK, PRO SE

4        For the Respondent:          Attorney Lori A. Eaton
                                       Corleto and Assoc. P.C.
5    _____        107 Mill Plain Rd,
                                       Suite 200
6    _____        Danbury, Ct. 06811

7    _____

8    _____

9

                    WITNESS INDEX
10
     WITNESS                                    PAGE
11
     STEVE CESLIK ............................    5
12
     THOMAS RUSSO ...........................    18
13
     EDWARD MEALEY ..........................    23
14   MIKE
     THOMAS BASTA ...........................    49
15

16

17

18

19

20

21

22

23

24

25

Brandon Smith Reporting

91e72306-00cf-415c-9b84-8daf0aa7867e

Re: Ceslik v. Barbarino Brothers

5/7/2002

Fact Finding Conference

| | Page 3 |
|---|---|

1                          (Tape 1, side 1.)

2

3                    THE INVESTIGATOR:  Today is May 7th,

4        2002, my name is Susanne Hom, H-o-m.  I'm the

5        investigator who has been assigned to this

6        matter.  The title of the matter is Stephen

7        Ceslik, C-e-s-l-i-k, versus Barbarino Brothers,

8        CHRO 1030615.    *0130615*

9                    We have with us today Tom Russo, who

10       is a witness for the Complainant, Mr. Ceslik,

11       and Michael Basta and Eddie Mealey for the

12       Respondent.

13                   Would those individuals I named --

14       and of course, Stephen Ceslik himself.  Would

15       the individuals I just named please raise your

16       right hand?

17                   (Whereupon, the witnesses were duly

18       sworn by the Investigator.)

19                   THE INVESTIGATOR:  Thank you very

20       much.  I'm going to go off the record for a

21       moment.                        *housekeeping matter.*

22       I do have one (inaudible).  I

23       understand that what has become part of the

24       record are some tapes which have been produced

25       by the Complainant, conversations he alleges he

91e72306-00cf-415c-9b84-8daf0aa7867e