UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHEN CESLIK

    Plaintiff

v.

BARBERINO BROTHERS, INC.

    Defendant

CIVIL ACTION NO.

3:03 CV 0450 (MRK)

JUNE 25, 2007

## MOTION TO PRESERVE FILE

The plaintiff moves that the file in the above matter, including all exhibits, be preserved because items from this case will be used as evidence in the case of Ceslik vs. Miller Ford, Inc., Federal District Court in Hartford, Case # 3:04cv02045.

Dated at Milford, CT this June 25, 2007.

THE PLAINTIFF

_____
Stephen Ceslik, PRO SE
478 Milford Point Road
Milford, CT 06460
(203) 874-2523

## CERTIFICATION

This will certify that I mailed a copy of the foregoing motion to the following on June 25, 2007:

Leonard A. McDermott, Esq.
Employee Advocates, LLC
35 Porter Avenue, Suite 2B
P.O. Box 205
Naugatuck, CT 06770

Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100

_____
Stephen Ceslik, Pro Se